# Exhibit 1

Key

S & N = Smith & Nephew
COO = Country of Origin Listed
MY = Malaysia

GSA = General Services Administration Multiple Awards Schedule Website
CCST = Contract Catalog Search Tool's MedSurg Non-Pharmaceutical Catalog

| S & N Internal List & Description of Malaysian Products | | | S & N Products Listed for Sale to the USA on GSA | | | | S & N Products Listed for Sale to USA on CCST | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Material | Material Description | COO | MFR Part # | Vendor Part # | Material Description | COO | MFR Part # | Long Description | COO | Contract Number |
| 111647 | TIP THR GDE PIN 2.4X305 | MY | 111647 | 111647 | TIP THR GDE PIN 2.4X305 | USA | 111647 | TIP THR GDE PIN 2.4X305 | USA | FSS-V797P-4403A |
| 124824 | TR PN W/CV PT 300X60X4 FP | MY | 124824 | 124824 | TR PN W/CV PT 300X60X4 FP | USA | 124824 | TR PN W/CV PT 300X60X4 FP | USA | FSS-V797P-4403A |
| 124825 | TR PN W/CV PT 250X40X5 FP | MY | 124825 | 124825 | TR PN W/CV PT 250X40X5 FP | USA | 124825 | TR PN W/CV PT 250X40X5 FP | USA | FSS-V797P-4403A |
| 124826 | TR PN W/CV PT 250X50X5 FP | MY | 124826 | 124826 | TR PN W/CV PT 250X50X5 FP | USA | 124826 | TR PN W/CV PT 250X50X5 FP | USA | FSS-V797P-4403A |
| 124827 | TR PN W/CV PT 250X60X5 FP | MY | 124827 | 124827 | TR PN W/CV PT 250X60X5 FP | USA | 124827 | TR PN W/CV PT 250X60X5 FP | USA | FSS-V797P-4403A |
| 124828 | SKTRPN W/CV PT 60X16X3 HP | MY | 124828 | 124828 | SKTRPN W/CV PT 60X16X3 HP | USA | 124828 | SKTRPN W/CV PT 60X16X3 HP | USA | FSS-V797P-4403A |
| 124830 | TR PN W/CV PT 75X28X3 HP | MY | 124830 | 124830 | TR PN W/CV PT 75X28X3 HP | USA | 124830 | TR PN W/CV PT 75X28X3 HP | USA | FSS-V797P-4403A |
| 124831 | TR PN W/CV PT 150X50X4 HP | MY | 124831 | 124831 | TR PN W/CV PT 150X50X4 HP | USA | 124831 | TR PN W/CV PT 150X50X4 HP | USA | FSS-V797P-4403A |
| 124832 | TR PN W/CV PT 150X35X5 HP | MY | 124832 | 124832 | TR PN W/CV PT 150X35X5 HP | USA | 124832 | TR PN W/CV PT 150X35X5 HP | USA | FSS-V797P-4403A |
| 124833 | TR PN W/CV PT 150X50X5 HP | MY | 124833 | 124833 | TR PN W/CV PT 150X50X5 HP | USA | 124833 | TR PN W/CV PT 150X50X5 HP | USA | FSS-V797P-4403A |
| 124834 | SK TRAC PN W/COVE 200X5 | MY | 124834 | 124834 | SK TRAC PN W/COVE 200X5 | USA | 124834 | SK TRAC PN W/COVE 200X5 | USA | FSS-V797P-4403A |
| 124836 | FIXATION PIN 150X25X5 HP | MY | 124836 | 124836 | FIXATION PIN 150X25X5 HP | USA | 124836 | FIXATION PIN 150X25X5 HP | USA | FSS-V797P-4403A |
| 124837 | FIXATION PIN 150X30X5 HP | MY | 124837 | 124837 | FIXATION PIN 150X30X5 HP | USA | 124837 | FIXATION PIN 150X30X5 HP | USA | FSS-V797P-4403A |
| 124838 | FIXATION PIN 150X35X5 HP | MY | 124838 | 124838 | FIXATION PIN 150X35X5 HP | USA | 124838 | FIXATION PIN 150X35X5 HP | USA | FSS-V797P-4403A |
| 124839 | FIXATION PIN 150X40X5 HP | MY | 124839 | 124839 | FIXATION PIN 150X40X5 HP | USA | 124839 | FIXATION PIN 150X40X5 HP | USA | FSS-V797P-4403A |
| 124840 | FIXATION PIN 150X45X5 HP | MY | 124840 | 124840 | FIXATION PIN 150X45X5 HP | USA | 124840 | FIXATION PIN 150X45X5 HP | USA | FSS-V797P-4403A |
| 124841 | FIXATION PIN 150X50X5 HP | MY | 124841 | 124841 | FIXATION PIN 150X50X5 HP | USA | 124841 | FIXATION PIN 150X50X5 HP | USA | FSS-V797P-4403A |
| 125800 | SKTRPN W/CV PT 150X35X4HP | MY | 125800 | 125800 | SKTRPN W/CV PT 150X35X4HP | USA | 125800 | SKTRPN W/CV PT 150X35X4HP | USA | FSS-V797P-4403A |
| 127820 | K-WIRE THR .035X9 | MY | 127820 | 127820 | K-WIRE THR .035X9 | USA | 127820 | K-WIRE THR .035X9 | USA | FSS-V797P-4403A |
| 127821 | K-WIRE THR DMD PT .035X9 | MY | 127821 | 127821 | K-WIRE THR DMD PT .035X9 | USA | 127821 | K-WIRE THR DMD PT .035X9 | USA | FSS-V797P-4403A |
| 127840 | K-WIRE THR 045X9 | MY | 127840 | 127840 | K-WIRE THR 045X9 | USA | 127840 | K-WIRE THR 045X9 | USA | FSS-V797P-4403A |
| 127901 | PIN ST THR DMD PT 3/32X9 | MY | 127901 | 127901 | PIN ST THR DMD PT 3/32X9 | USA | 127901 | PIN ST THR DMD PT 3/32X9 | USA | FSS-V797P-4403A |
| 127914 | PIN ST THR TYPE A 7/64X9 | MY | 127914 | 127914 | PIN ST THR TYPE A 7/64X9 | USA | 127914 | PIN ST THR TYPE A 7/64X9 | USA | FSS-V797P-4403A |
| 127917 | PIN ST THR TYPE D 7/64X9 | MY | 127917 | 127917 | PIN ST THR TYPE D 7/64X9 | USA | 127917 | PIN ST THR TYPE D 7/64X9 | USA | FSS-V797P-4403A |
| 127920 | PIN ST THR 7/64X9 | MY | 127920 | 127920 | PIN ST THR 7/64X9 | USA | 127920 | PIN ST THR 7/64X9 | USA | FSS-V797P-4403A |
| 127934 | PIN ST THR TYPE A 1/8X9 | MY | 127934 | 127934 | PIN ST THR TYPE A 1/8X9 | USA | 127934 | PIN ST THR TYPE A 1/8X9 | USA | FSS-V797P-4403A |
| 127977 | PIN ST THR TYPE D 5/32X9 | MY | 127977 | 127977 | PIN ST THR TYPE D 5/32X9 | USA | 127977 | PIN ST THR TYPE D 5/32X9 | USA | FSS-V797P-4403A |
| 127997 | PIN ST THR TYPE D 3/16X9 | MY | 127997 | 127997 | PIN ST THR TYPE D 3/16X9 | USA | 127997 | PIN ST THR TYPE D 3/16X9 | USA | FSS-V797P-4403A |
| 128000 | PIN ST THR 3/16X9 | MY | 128000 | 128000 | PIN ST THR 3/16X9 | USA | 128000 | PIN ST THR 3/16X9 | USA | FSS-V797P-4403A |
| 128005 | K-WIRE .028X4 2PT TR | MY | 128005 | 128005 | K-WIRE .028X4 2PT TR | USA | 128005 | K-WIRE .028X4 2PT TR | USA | FSS-V797P-4403A |
| 128007 | K-WIRE .028X4 2PT TR | MY | 128007 | 128007 | K-WIRE .028X4 2PT TR | USA | 128007 | K-WIRE .028X4 2PT TR | USA | FSS-V797P-4403A |
| 128030 | K-WIRE .045X4 2PT TR | MY | 128030 | 128030 | K-WIRE .045X4 2PT TR | USA | 128030 | K-WIRE .045X4 2PT TR | USA | FSS-V797P-4403A |
| 128031 | K-WIRE .045X4 1PT TR | MY | 128031 | 128031 | K-WIRE .045X4 1PT TR | USA | 128031 | K-WIRE .045X4 1PT TR | USA | FSS-V797P-4403A |
| 128040 | K-WIRE 2DMND PT 1.1X127 | MY | 128040 | 128040 | K-WIRE 2DMND PT 1.1X127 | USA | 128040 | K-WIRE 2DMND PT 1.1X127 | USA | FSS-V797P-4403A |
| 128042 | K-WIRE 0.45X9 2PT DM | MY | 128042 | 128042 | K-WIRE 0.45X9 2PT DM | USA | 128042 | K-WIRE 0.45X9 2PT DM | USA | FSS-V797P-4403A |
| 128044 | K-WIRE 0.45X12 PT DM | MY | 128044 | 128044 | K-WIRE 0.45X12 PT DM | USA | 128044 | K-WIRE 0.45X12 PT DM | USA | FSS-V797P-4403A |
| 128050 | K-WIRE .062X4 2PT TR | MY | 128050 | 128050 | K-WIRE .062X4 2PT TR | USA | 128050 | K-WIRE .062X4 2PT TR | USA | FSS-V797P-4403A |
| 128058 | K-WIRE TRO PT 1.9 X 140MM | MY | 128058 | 128058 | K-WIRE TRO PT 1.9 X 140MM | USA | 128058 | K-WIRE TRO PT 1.9 X 140MM | USA | FSS-V797P-4403A |
| 128060 | K-WIRE .062X5 2PT DM | MY | 128060 | 128060 | K-WIRE .062X5 2PT DM | USA | 128060 | K-WIRE .062X5 2PT DM | USA | FSS-V797P-4403A |
| 128061 | K-WIRE .062X7 2PT DM | MY | 128061 | 128061 | K-WIRE .062X7 2PT DM | USA | 128061 | K-WIRE .062X7 2PT DM | USA | FSS-V797P-4403A |
| 128062 | K-WIRE .062X9 2 PT DM | MY | 128062 | 128062 | K-WIRE .062X9 2 PT DM | USA | 128062 | K-WIRE .062X9 2 PT DM | USA | FSS-V797P-4403A |
| 128064 | K-WIRE .062X12 2 PT DM | MY | 128064 | 128064 | K-WIRE .062X12 2 PT DM | USA | 128064 | K-WIRE .062X12 2 PT DM | USA | FSS-V797P-4403A |
| 128097 | PIN ST TYPE B 7/64X9 | MY | 128097 | 128097 | PIN ST TYPE B 7/64X9 | USA | 128097 | PIN ST TYPE B 7/64X9 | USA | FSS-V797P-4403A |
| 128098 | PIN ST TYPE C 7/64X9 | MY | 128098 | 128098 | PIN ST TYPE C 7/64X9 | USA | 128098 | PIN ST TYPE C 7/64X9 | USA | FSS-V797P-4403A |
| 128107 | PIN ST TYPE B 1/8X9 | MY | 128107 | 128107 | PIN ST TYPE B 1/8X9 | USA | 128107 | PIN ST TYPE B 1/8X9 | USA | FSS-V797P-4403A |
| 128108 | PIN ST TYPE C 1/8X9 | MY | 128108 | 128108 | PIN ST TYPE C 1/8X9 | USA | 128108 | PIN ST TYPE C 1/8X9 | USA | FSS-V797P-4403A |
| 128117 | PIN ST TYPE B 9/64x9 | MY | 128117 | 128117 | PIN ST TYPE B 9/64x9 | USA | 128117 | PIN ST TYPE B 9/64x9 | USA | FSS-V797P-4403A |
| 128118 | PIN ST TYPE C 9/64X9 | MY | 128118 | 128118 | PIN ST TYPE C 9/64X9 | USA | 128118 | PIN ST TYPE C 9/64X9 | USA | FSS-V797P-4403A |
| 128138 | PIN ST TYPE C 3/16X9 | MY | 128138 | 128138 | PIN ST TYPE C 3/16X9 | USA | 128138 | PIN ST TYPE C 3/16X9 | USA | FSS-V797P-4403A |
| 128139 | PIN ST TYPE D 3/16X9 | MY | 128139 | 128139 | PIN ST TYPE D 3/16X9 | USA | 128139 | PIN ST TYPE D 3/16X9 | USA | FSS-V797P-4403A |
| 128192 | BEATH PIN | MY | 128192 | 128192 | BEATH PIN | USA | 128192 | BEATH PIN | USA | FSS-V797P-4403A |
| 128280 | KNOWLES PIN 1/8 X 3 | MY | 128280 | 128280 | KNOWLES PIN 1/8 X 3 | USA | 128280 | KNOWLES PIN 1/8 X 3 | USA | FSS-V797P-4403A |
| 128281 | KNOWLES PIN 1.8 X 3 1.4 | MY | 128281 | 128281 | KNOWLES PIN 1.8 X 3 1.4 | USA | 128281 | KNOWLES PIN 1.8 X 3 1.4 | USA | FSS-V797P-4403A |
| 128282 | KNOWLES PIN 1.8 X 3 1.2 | MY | 128282 | 128282 | KNOWLES PIN 1.8 X 3 1.2 | USA | 128282 | KNOWLES PIN 1.8 X 3 1.2 | USA | FSS-V797P-4403A |
| 128283 | KNOWLES PIN 1.8 X 3  3.4 | MY | 128283 | 128283 | KNOWLES PIN 1.8 X 3  3.4 | USA | 128283 | KNOWLES PIN 1.8 X 3  3.4 | USA | FSS-V797P-4403A |
| 128284 | KNOWLES PIN 1.8 X 4 | MY | 128284 | 128284 | KNOWLES PIN 1.8 X 4 | USA | 128284 | KNOWLES PIN 1.8 X 4 | USA | FSS-V797P-4403A |
| 128285 | KNOWLES PIN 1.8 X 4 1.4 | MY | 128285 | 128285 | KNOWLES PIN 1.8 X 4 1.4 | USA | 128285 | KNOWLES PIN 1.8 X 4 1.4 | USA | FSS-V797P-4403A |
| 128307 | KNOWLES PIN 5.32 X 2 1.4 | MY | 128307 | 128307 | KNOWLES PIN 5.32 X 2 1.4 | USA | 128307 | KNOWLES PIN 5.32 X 2 1.4 | USA | FSS-V797P-4403A |
| 128309 | KNOWLES PIN 5.32 X 2 3.4 | MY | 128309 | 128309 | KNOWLES PIN 5.32 X 2 3.4 | USA | 128309 | KNOWLES PIN 5.32 X 2 3.4 | USA | FSS-V797P-4403A |
| 128310 | KNOWLES PIN 5/32 X 3 | MY | 128310 | 128310 | KNOWLES PIN 5/32 X 3 | USA | 128310 | KNOWLES PIN 5/32 X 3 | USA | FSS-V797P-4403A |
| 128311 | KNOWLES PIN 5.32 X 3 1.4 | MY | 128311 | 128311 | KNOWLES PIN 5.32 X 3 1.4 | USA | 128311 | KNOWLES PIN 5.32 X 3 1.4 | USA | FSS-V797P-4403A |
| 128312 | KNOWLES PIN 5.32 X 3 1.2 | MY | 128312 | 128312 | KNOWLES PIN 5.32 X 3 1.2 | USA | 128312 | KNOWLES PIN 5.32 X 3 1.2 | USA | FSS-V797P-4403A |
| 128313 | KNOWLES PIN 5.32 X 3 3. 4 | MY | 128313 | 128313 | KNOWLES PIN 5.32 X 3 3. 4 | USA | 128313 | KNOWLES PIN 5.32 X 3 3. 4 | USA | FSS-V797P-4403A |
| 128314 | KNOWLES PIN 5.32 X 4 | MY | 128314 | 128314 | KNOWLES PIN 5.32 X 4 | USA | 128314 | KNOWLES PIN 5.32 X 4 | USA | FSS-V797P-4403A |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 128315 | KNOWLES PIN 5.32 X 4 1.4 | MY | 128315 | KNOWLES PIN 5.32 X 4 1.4 | USA | 128315 | KNOWLES PIN 5.32 X 4 1.4 | FSS-V797P-4403A |
| 128316 | KNOWLES PIN 5.32 X 4 1.2 | MY | 128316 | KNOWLES PIN 5.32 X 4 1.2 | USA | 128316 | KNOWLES PIN 5.32 X 4 1.2 | FSS-V797P-4403A |
| 71022001 | COVE POINT PIN 5.32 X 4 1.4 | MY | 71022001 | COVE POINT PIN 5.32 X 4 1.4 | USA | 71022001 | COVE POINT PIN 5.32 X 4 1.4 | FSS-V797P-4403A |
| 71022002 | COVE POINT PIN 120X22X3 | MY | 71022002 | COVE POINT PIN 120X22X3 | USA | 71022002 | COVE POINT PIN 120X22X3 | FSS-V797P-4403A |
| 71070230 | STRUT LONG | MY | 71070230 | STRUT LONG | USA | 71070230 | STRUT LONG | FSS-V797P-4403A |
| 71070720 | FAST FX STRUT FOR TSF {} MED | MY | 71070720 | FAST FX STRUT FOR TSF {} MED | USA | 71070720 | FAST FX STRUT FOR TSF {} MED | FSS-V797P-4403A |
| 71111579 | HEWSON SUTURE RETRIEVER | MY | 71111579 | HEWSON SUTURE RETRIEVER | USA | 71111579 | HEWSON SUTURE RETRIEVER | FSS-V797P-4403A |
| 71113025 | TROCAR PIN 3.5MM X 330MM | MY | 71113025 | TROCAR PIN 3.5MM X 330MM | USA | 71113025 | TROCAR PIN 3.5MM X 330MM | FSS-V797P-4403A |
| 7118202 | 3.0MMX900MM BALL TIP GUIDE ROD | MY | 7118202 | 3.0MMX900MM BALL TIP GUIDE ROD | USA | 7118202 | 3.0MMX900MM BALL TIP GUIDE ROD | FSS-V797P-4403A |
| 71123268 | PED THREADED GDE PIN - 1.6MM | MY | 71123268 | PED THREADED GDE PIN - 1.6MM | USA | 71123268 | PED THREADED GDE PIN - 1.6MM | FSS-V797P-4403A |
| 71131510 | PF PIN LARGE/SHORT 2.0MM | MY | 71131510 | PF PIN LARGE/SHORT 2.0MM | USA | 71131510 | PF PIN LARGE/SHORT 2.0MM | FSS-V797P-4403A |
| 71131511 | PF PIN LARGE/MED 2.0MM | MY | 71131511 | PF PIN LARGE/MED 2.0MM | USA | 71131511 | PF PIN LARGE/MED 2.0MM | FSS-V797P-4403A |
| 71131512 | PF PIN LARGE/LONG 2.0MM | MY | 71131512 | PF PIN LARGE/LONG 2.0MM | USA | 71131512 | PF PIN LARGE/LONG 2.0MM | FSS-V797P-4403A |
| 71140005 | RECON PLATE 5X77MM 4.5MM | MY | 71140005 | RECON PLATE 5X77MM 4.5MM | USA | 71140005 | RECON PLATE 5X77MM 4.5MM | FSS-V797P-4403A |
| 71140006 | RECON PLATE 6X93MM 4.5 MM | MY | 71140006 | RECON PLATE 6X93MM 4.5 MM | USA | 71140006 | RECON PLATE 6X93MM 4.5 MM | FSS-V797P-4403A |
| 71140007 | RECON PLATE 7X109MM 4.5MM | MY | 71140007 | RECON PLATE 7X109MM 4.5MM | USA | 71140007 | RECON PLATE 7X109MM 4.5MM | FSS-V797P-4403A |
| 71140008 | RECON PLATE 8X125MM 4.5MM | MY | 71140008 | RECON PLATE 8X125MM 4.5MM | USA | 71140008 | RECON PLATE 8X125MM 4.5MM | FSS-V797P-4403A |
| 71140009 | RECON PLATE 9X141MM 4.5MM | MY | 71140009 | RECON PLATE 9X141MM 4.5MM | USA | 71140009 | RECON PLATE 9X141MM 4.5MM | FSS-V797P-4403A |
| 71140010 | RECON PLATE 10X157MM 4.5MM | MY | 71140010 | RECON PLATE 10X157MM 4.5MM | USA | 71140010 | RECON PLATE 10X157MM 4.5MM | FSS-V797P-4403A |
| 71140011 | RECON PLATE 11X173MM 4.5MM | MY | 71140011 | RECON PLATE 11X173MM 4.5MM | USA | 71140011 | RECON PLATE 11X173MM 4.5MM | FSS-V797P-4403A |
| 71140012 | RECON PLATE 12X189MM 4.5MM | MY | 71140012 | RECON PLATE 12X189MM 4.5MM | USA | 71140012 | RECON PLATE 12X189MM 4.5MM | FSS-V797P-4403A |
| 71140014 | RECON PLATE 14X221MM 4.5MM | MY | 71140014 | RECON PLATE 14X221MM 4.5MM | USA | 71140014 | RECON PLATE 14X221MM 4.5MM | FSS-V797P-4403A |
| 71140016 | RECON PLATE 16X253MM 4.5MM | MY | 71140016 | RECON PLATE 16X253MM 4.5MM | USA | 71140016 | RECON PLATE 16X253MM 4.5MM | FSS-V797P-4403A |
| 71140111 | RECON PLATE 11X130MM 3.5MM | MY | 71140111 | RECON PLATE 11X130MM 3.5MM | USA | 71140111 | RECON PLATE 11X130MM 3.5MM | FSS-V797P-4403A |
| 71140113 | RECON PLATE 13X154MM 3.5MM | MY | 71140113 | RECON PLATE 13X154MM 3.5MM | USA | 71140113 | RECON PLATE 13X154MM 3.5MM | FSS-V797P-4403A |
| 71140115 | RECON PLATE 15X178MM 3.5MM | MY | 71140115 | RECON PLATE 15X178MM 3.5MM | USA | 71140115 | RECON PLATE 15X178MM 3.5MM | FSS-V797P-4403A |
| 71140202 | SMALL PLATE 2X25MM 3.5MM | MY | 71140202 | SMALL PLATE 2X25MM 3.5MM | USA | 71140202 | SMALL PLATE 2X25MM 3.5MM | FSS-V797P-4403A |
| 71140212 | SMALL PLATE 12X145MM 3.5MM | MY | 71140212 | SMALL PLATE 12X145MM 3.5MM | USA | 71140212 | SMALL PLATE 12X145MM 3.5MM | FSS-V797P-4403A |
| 71140214 | SMALL PLATE 14X169MM 3.5MM | MY | 71140214 | SMALL PLATE 14X169MM 3.5MM | USA | 71140214 | SMALL PLATE 14X169MM 3.5MM | FSS-V797P-4403A |
| 71140216 | SMALL PLATE 16X194MM 3.5MM | MY | 71140216 | SMALL PLATE 16X194MM 3.5MM | USA | 71140216 | SMALL PLATE 16X194MM 3.5MM | FSS-V797P-4403A |
| 71140220 | SMALL PLATE 20X242MM 3.5MM | MY | 71140220 | SMALL PLATE 20X242MM 3.5MM | USA | 71140220 | SMALL PLATE 20X242MM 3.5MM | FSS-V797P-4403A |
| 71141216 | BROAD PLATE 4.5MM 16X263MM | MY | 71141216 | BROAD PLATE 4.5MM 16X263MM | USA | 71141216 | BROAD PLATE 4.5MM 16X263MM | FSS-V797P-4403A |
| 71141218 | BROAD PLATE 4.5MM 18X295MM | MY | 71141218 | BROAD PLATE 4.5MM 18X295MM | USA | 71141218 | BROAD PLATE 4.5MM 18X295MM | FSS-V797P-4403A |
| 71173320 | 2.0MM PF PIN {} AO CONNECT 18MM | MY | 71173320 | 2.0MM PF PIN {} AO CONNECT 18MM | USA | 71173320 | 2.0MM PF PIN {} AO CONNECT 18MM | FSS-V797P-4403A |
| 71173324 | 3.5MM PF PIN 18MM | MY | 71173324 | 3.5MM PF PIN 18MM | USA | 71173324 | 3.5MM PF PIN 18MM | FSS-V797P-4403A |
| 71173325 | 3.5MM PF PIN 40MM | MY | 71173325 | 3.5MM PF PIN 40MM | USA | 71173325 | 3.5MM PF PIN 40MM | FSS-V797P-4403A |
| 71173381 | TGR KWIRE 2.0MM X 350MM | MY | 71173381 | TGR KWIRE 2.0MM X 350MM | USA | 71173381 | TGR KWIRE 2.0MM X 350MM | FSS-V797P-4403A |
| 71173406 | TGR 2.7MM PF PIN 40MM | MY | 71173406 | TGR 2.7MM PF PIN 40MM | USA | 71173406 | TGR 2.7MM PF PIN 40MM | FSS-V797P-4403A |
| 71173438 | TGR 2.7MM PF PIN 18MM | MY | 71173438 | TGR 2.7MM PF PIN 18MM | USA | 71173438 | TGR 2.7MM PF PIN 18MM | FSS-V797P-4403A |
| 71631690 | 3.2 TIP THREADED GUIDE WIRE | MY | 71631690 | 3.2 TIP THREADED GUIDE WIRE | USA | 71631690 | 3.2 TIP THREADED GUIDE WIRE | FSS-V797P-4403A |
| 71633230 | KNEE NAIL GOLD 10X30 RETRO/TIB | MY | 71633230 | KNEE NAIL GOLD 10X30 RETRO/TIB | USA | 71633230 | KNEE NAIL GOLD 10X30 RETRO/TIB | FSS-V797P-4403A |
| 71633425 | KNEE NAIL {} GOLD {} 13X25 (SC) | MY | 71633425 | KNEE NAIL {} GOLD {} 13X25 (SC) | USA | 71633425 | KNEE NAIL {} GOLD {} 13X25 (SC) | FSS-V797P-4403A |
| 71665026 | 600MM BALL TIP GUIDE ROD | MY | 71665026 | 600MM BALL TIP GUIDE ROD | USA | 71665026 | 600MM BALL TIP GUIDE ROD | FSS-V797P-4403A |

| S & N Internal List & Description of Malaysian Products | | |
|---|---|---|
| Material | Material Description | Country of Origin |
| 111647 | TIP THR GDE PIN  2.4X305 | Malaysia |
| 124824 | TR PN W/CV PT 300X60X4 FP | Malaysia |
| 124825 | TR PN W/CV PT 250X40X5 FP | Malaysia |
| 124826 | TR PN W/CV PT 250X50X5 FP | Malaysia |
| 124827 | TR PN W/CV PT 250X60X5 FP | Malaysia |
| 124828 | SKTRPN W/CV PT 60X16X3 HP | Malaysia |
| 124830 | TR PN W/CV PT 75X28X3 HP | Malaysia |
| 124831 | TR PN W/CV PT 150X50X4 HP | Malaysia |
| 124832 | TR PN W/CV PT 150X35X5 HP | Malaysia |
| 124833 | TR PN W/CV PT 150X50X5 HP | Malaysia |
| 124834 | SK TRAC PN W/COVE 200X5 | Malaysia |
| 124836 | FIXATION PIN 150X25X5 HP | Malaysia |
| 124837 | FIXATION PIN 150X30X5 HP | Malaysia |
| 124838 | FIXATION PIN 150X35X5 HP | Malaysia |
| 124839 | FIXATION PIN 150X40X5 HP | Malaysia |
| 124840 | FIXATION PIN 150X45X5 HP | Malaysia |
| 124841 | FIXATION PIN 150X50X5 HP | Malaysia |
| 125800 | SKTRPN W/CV PT 150X35X4HP | Malaysia |
| 127820 | K-WIRE THR .035X9 | Malaysia |
| 127821 | K-WIRE THR DMD PT .035X9 | Malaysia |
| 127840 | K-WIRE THR 045X9 | Malaysia |
| 127901 | PIN ST THR DMD PT 3/32X9 | Malaysia |
| 127914 | PIN ST THR TYPE A 7/64X9 | Malaysia |
| 127917 | PIN ST THR TYPE D 7/64X9 | Malaysia |
| 127920 | PIN ST THR 7/64X9 | Malaysia |
| 127934 | PIN ST THR TYPE A 1/8X9 | Malaysia |
| 127977 | PIN ST THR TYPE D 5/32X9 | Malaysia |
| 127997 | PIN ST THR TYPE D 3/16X9 | Malaysia |
| 128000 | PIN ST THR 3/16X9 | Malaysia |
| 128005 | K-WIRE .028X4 2PT TR | Malaysia |
| 128007 | K-WIRE .028X4 2PT TR | Malaysia |
| 128030 | K-WIRE .045X4 2PT TR | Malaysia |
| 128031 | K-WIRE .045X4 1PT TR | Malaysia |
| 128040 | K-WIRE 2DMND PT 1.1X127 | Malaysia |
| 128042 | K-WIRE 0.45X9 2PT DM | Malaysia |
| 128044 | K-WIRE 0.45X12 PT DM | Malaysia |
| 128050 | K-WIRE .062X4 2PT TR | Malaysia |
| 128058 | K-WIRE TRO PT 1.9 X 140MM | Malaysia |
| 128060 | K-WIRE .062X5 2PT DM | Malaysia |
| 128061 | K-WIRE .062X7 2PT DM | Malaysia |
| 128062 | K-WIRE .062X9 2 PT DM | Malaysia |
| 128064 | K-WIRE .062X12 2 PT DM | Malaysia |
| 128097 | PIN ST TYPE B 7/64X9 | Malaysia |
| 128098 | PIN ST TYPE C 7/64X9 | Malaysia |

| | | |
|---|---|---|
| 128107 | PIN ST TYPE B 1/8X9 | Malaysia |
| 128108 | PIN ST TYPE C 1/8X9 | Malaysia |
| 128117 | PIN ST TYPE B 9/64x9 | Malaysia |
| 128118 | PIN ST TYPE C 9/64X9 | Malaysia |
| 128138 | PIN ST TYPE C 3/16X9 | Malaysia |
| 128139 | PIN ST TYPE D 3/16X9 | Malaysia |
| 128192 | BEATH PIN | Malaysia |
| 128280 | KNOWLES PIN 1/8 X 3 | Malaysia |
| 128281 | KNOWLES PIN 1.8 X 3 1.4 | Malaysia |
| 128282 | KNOWLES PIN 1.8 X 3 1.2 | Malaysia |
| 128283 | KNOWLES PIN 1.8 X 3  3.4 | Malaysia |
| 128284 | KNOWLES PIN 1.8 X 4 | Malaysia |
| 128285 | KNOWLES PIN 1.8 X 4 1.4 | Malaysia |
| 128307 | KNOWLES PIN 5.32 X 2 1.4 | Malaysia |
| 128309 | KNOWLES PIN 5.32 X 2 3.4 | Malaysia |
| 128310 | KNOWLES PIN  5/32 X 3 | Malaysia |
| 128311 | KNOWLES PIN 5.32 X 3 1.4 | Malaysia |
| 128312 | KNOWLES PIN 5.32 X 3 1.2 | Malaysia |
| 128313 | KNOWLES PIN 5.32 X 3 3 .4 | Malaysia |
| 128314 | KNOWLES PIN 5.32 X 4 | Malaysia |
| 128315 | KNOWLES PIN 5.32 X 4 1.4 | Malaysia |
| 128316 | KNOWLES PIN 5.32 X 4 1.2 | Malaysia |
| 71022001 | COVE POINT PIN 5.32 X 4 1.4 | Malaysia |
| 71022002 | COVE POINT PIN 120X22X3 | Malaysia |
| 71070230 | STRUT LONG | Malaysia |
| 71070720 | FAST FX STRUT FOR TSF {} MED | Malaysia |
| 71111579 | HEWSON SUTURE RETRIEVER | Malaysia |
| 71113025 | TROCAR PIN 3.5MM X 330MM | Malaysia |
| 7118202 | 3.0MMX900MM BALL TIP GUIDE ROD | Malaysia |
| 71123268 | PED THREADED GDE PIN - 1.6MM | Malaysia |
| 71131510 | PF PIN LARGE/SHORT 2.0MM | Malaysia |
| 71131511 | PF PIN LARGE/MED 2.0MM | Malaysia |
| 71131512 | PF PIN LARGE/LONG 2.0MM | Malaysia |
| 71140005 | RECON PLATE 5X77MM 4.5MM | Malaysia |
| 71140006 | RECON PLATE 6X93MM 4.5 MM | Malaysia |
| 71140007 | RECON PLATE 7X109MM 4.5MM | Malaysia |
| 71140008 | RECON PLATE 8X125MM 4.5MM | Malaysia |
| 71140009 | RECON PLATE 9X141MM 4.5MM | Malaysia |
| 71140010 | RECON PLATE 10X157MM 4.5MM | Malaysia |
| 71140011 | RECON PLATE 11X173MM 4.5MM | Malaysia |
| 71140012 | RECON PLATE 12X189MM 4.5MM | Malaysia |
| 71140014 | RECON PLATE 14X221MM 4.5MM | Malaysia |
| 71140016 | RECON PLATE 16X253MM 4.5MM | Malaysia |
| 71140111 | RECON PLATE 11X130MM 3.5MM | Malaysia |
| 71140113 | RECON PLATE 13X154MM 3.5MM | Malaysia |
| 71140115 | RECON PLATE 15X178MM 3.5MM | Malaysia |

| 71140202 | SMALL PLATE 2X25MM 3.5MM | Malaysia |
| 71140212 | SMALL PLATE 12X145MM 3.5MM | Malaysia |
| 71140214 | SMALL PLATE 14X169MM 3.5MM | Malaysia |
| 71140216 | SMALL PLATE 16X194MM 3.5MM | Malaysia |
| 71140220 | SMALL PLATE 20X242MM 3.5MM | Malaysia |
| 71141216 | BROAD PLATE 4.5MM 16X263MM | Malaysia |
| 71141218 | BROAD PLATE 4.5MM 18X295MM | Malaysia |
| 71173320 | 2.0MM PF PIN {} AO CONNECT 18MM | Malaysia |
| 71173324 | 3.5MM PF PIN 18MM | Malaysia |
| 71173325 | 3.5MM PF PIN 40MM | Malaysia |
| 71173381 | TGR KWIRE 2.0MM X 350MM | Malaysia |
| 71173406 | TGR 2.7MM PF PIN 40MM | Malaysia |
| 71173438 | TGR 2.7MM PF PIN 18MM | Malaysia |
| 71631690 | 3.2 TIP THREADED GUIDE WIRE | Malaysia |
| 71633230 | KNEE NAIL GOLD 10X30 RETRO/TIB | Malaysia |
| 71633425 | KNEE NAIL {} GOLD {} 13X25 (SC) | Malaysia |
| 71665026 | 600MM BALL TIP GUIDE ROD | Malaysia |

MY descriptions

Material     Material description

     111647 TIP THR GDE PIN 2.4X305
    1156645 4.5M X 14M S/T CORTEX SCREW
     124824 TR PN W/CV PT 300X60X4 FP
     124825 TR PN W/CV PT 250X40X5 FP
     124826 TR PN W/CV PT 250X50X5 FP
     124827 TR PN W/CV PT 250X60X5 FP
     124828 SKTRPN W/CV PT 60X16X3 HP
     124830 TR PN W/CV PT 75X28X3 HP
     124831 TR PN W/CV PT 150X50X4 HP
     124832 TR PN W/CV PT 150X35X5 HP
     124833 TR PN W/CV PT 150X50X5 HP
     124834 SK TRAC PN W/COVE 200X5
     124836 FIXATION PIN 150X25X5 HP
     124837 FIXATION PIN 150X30X5 HP
     124838 FIXATION PIN 150X35X5 HP
     124839 FIXATION PIN 150X40X5 HP
     124840 FIXATION PIN 150X45X5 HP
     124841 FIXATION PIN 150X50X5 HP
     125800 SKTRPN W/CV PT 150X35X4HP
     127820 K-WIRE THR .035X9
     127821 K-WIRE THR DMD PT .035X9
     127840 K-WIRE THR 045X9
     127901 PIN ST THR DMD PT 3/32X9
     127914 PIN ST THR TYPE A 7/64X9
     127917 PIN ST THR TYPE D 7/64X9
     127920 PIN ST THR 7/64X9
     127934 PIN ST THR TYPE A 1/8X9
     127977 PIN ST THR TYPE D 5/32X9
     127997 PIN ST THR TYPE D 3/16X9
     128000 PIN ST THR 3/16X9
     128005 K-WIRE .028X4 2PT TR
     128007 K-WIRE .028X4 2PT TR
     128030 K-WIRE .045X4 2PT TR
     128031 K-WIRE .045X4 1PT TR
     128040 K-WIRE 2DMND PT 1.1X127
     128042 K-WIRE .045X9 2PT DM
     128044 K-WIRE .045X12 PT DM
     128050 K-WIRE .062X4 2PT TR
     128058 K-WIRE TRO PT 1.9 X 140MM
     128060 K-WIRE .062X5 2PT DM
     128061 K-WIRE .062X7 2PT DM
     128062 K-WIRE .062X9 2PT DM
     128064 K-WIRE .062X12 2PT DM
     128097 PIN ST TYPE B 7/64X9
     128098 PIN ST TYPE C 7/64X9
     128107 PIN ST TYPE B 1/8X9
     128108 PIN ST TYPE C 1/8X9

128117 PIN ST TYPE B 9/64X9
128118 PIN ST TYPE C 9/64X9
128138 PIN ST TYPE C 3/16X9
128139 PIN ST TYPE D 3/16X9
128192 BEATH PIN
128280 KNOWLES PIN 1/8 X 3
128281 KNOWLES PIN 1.8 X 3 1.4
128282 KNOWLES PIN 1.8 X 3 1.2
128283 KNOWLES PIN 1.8 X 3 3.4
128284 KNOWLES PIN 1.8 X 4
128285 KNOWLES PIN 1.8 X 4 1.4
128307 KNOWLES PIN 5.32 X 2 1.4
128309 KNOWLES PIN 5.32 X 2 3.4
128310 KNOWLES PIN 5/32 X 3
128311 KNOWLES PIN 5.32 X 3 1.4
128312 KNOWLES PIN 5.32 X 3 1.2
128313 KNOWLES PIN 5.32 X 3 3.4
128314 KNOWLES PIN 5.32 X 4
128315 KNOWLES PIN 5.32 X 4 1.4
128316 KNOWLES PIN 5.32 X 4 1.2
71022001 COVE POINT PIN 120X16X3
71022002 COVE POINT PIN 120X22X3
71067371 QUICK CLAMP 10.5MM TO 4MM
71067372 QUICK CLAMP 10.5MM TO 5MM
71067373 QUICK CLAMP 10.5MM TO 6MM
71067374 QUICK CLAMP 10.5MM TO 10.5MM
71067375 4 HOLE PIN CLAMP
71067376 6 HOLE PIN CLAMP
71067377 QUICK CLAMP 6MM TO 4MM
71067378 QUICK CLAMP 6MM TO 6MM
71067380 QUICK CLAMP 6MM TO 5MM
71070230 STRUT LONG
71070720 FAST FX STRUT FOR TSF {} MED
71111579 HEWSON SUTURE RETRIEVER
71113025 TROCAR PIN 3.5MM X 330MM
71118202 3.0MMX900MM BALL TIP GUIDE ROD
71123268 PED THREADED GDE PIN - 1.6MM
71128020 K-WIRE .035 X 5 2PT DM
71128040 K-WIRE {} .045 X 5 2PT DM
71131510 PF PIN LARGE/SHORT 2.0MM
71131511 PF PIN LARGE/MED 2.0MM
71131512 PF PIN LARGE/LONG 2.0MM
71140005 RECON PLATE 5X77MM 4.5MM
71140006 RECON PLATE 6X93MM 4.5MM
71140007 RECON PLATE 7X109MM 4.5MM
71140008 RECON PLATE 8X125MM 4.5MM
71140009 RECON PLATE 9X141MM 4.5MM
71140010 RECON PLATE 10X157MM 4.5MM
71140011 RECON PLATE 11X173MM 4.5MM
71140012 RECON PLATE 12X189MM 4.5MM
71140014 RECON PLATE 14X221MM 4.5MM
71140016 RECON PLATE 16X253MM 4.5MM

71140111 RECON PLATE 11X130MM 3.5MM
71140113 RECON PLATE 13X154MM 3.5MM
71140115 RECON PLATE 15X178MM 3.5MM
71140202 SMALL PLATE 2X25MM 3.5MM
71140212 SMALL PLATE 12X145MM 3.5MM
71140214 SMALL PLATE 14X169MM 3.5MM
71140216 SMALL PLATE 16X194MM 3.5MM
71140220 SMALL PLATE 20X242MM 3.5MM
71141216 BROAD PLATE 4.5MM 16X263MM
71141218 BROAD PLATE 4.5MM 18X295MM
71173320 2.0MM PF PIN {} AO CONNECT 18MM
71173324 3.5MM PF PIN 18MM
71173325 3.5MM PF PIN 40MM
71173381 TGR KWIRE 2.0MM X 350MM
71173406 TGR 2.7MM PF PIN 40MM
71173438 TGR 2.7MM PF PIN 18MM
71631690 3.2 TIP THREADED GUIDE WIRE
71633230 KNEE NAIL GOLD 10X30 RETRO/TIB
71633425 KNEE NAIL {} GOLD {} 13X25 (SC)
71665022 ASIAN IMHS 3.2 GUIDE PIN
71665026 600MM BALL TIP GUIDE ROD
71932480 T. S. 2/3 RING 155MM BLUE
71932481 T. S. 2/3 RING 155MM RED
71932482 T.S. 2/3 RING 155MM GOLD
71932483 T. S. 2/3 RING 155MM GREEN
71932486 180MM 2/3 RING GOLD
71932487 180MM 2/3 RING GREEN
71932488 TS FULL RING 155MM BLUE
71932489 T S FULL RING 155MM RED
71932490 TS FULL RING 155 MM GOLD
71932491 TS FULL RING 155MM GREEN
71932492 180MM FULL TS RING BLUE
71932493 180MM FULL TS RING RED
71932494 180MM FULL TS RING GOLD
71932495 180MM FULL TS RING GREEN
71933307 TSF FULL RING 275 MM
71933309 TSF 2/3 RING 275 MM
71933310 TSF FULL RING 300 MM
71933311 TSF HALF RING 300 MM
71933312 TSF 2/3 RING 300 MM
71933783 T.S. 2/3 RING 155MM PINK
71933784 180MM 2/3 RING PINK
71933785 TS FULL RING 155MM PINK
71933786 180MM FULL TS RING PINK
71933953 TSF LONG FOOT PLATE 155MM BLUE
71933954 TSF LONG FOOT PLATE 155MM RED
71933955 TSF LONG FOOT PLATE 155MM GREEN
71933956 TSF LONG FOOT PLATE 155MM PINK
71933957 TSF LONG FOOT PLATE 180MM BLUE
71933958 TSF LONG FOOT PLATE 180MM RED
71933959 TSF LONG FOOT PLATE 180MM GREEN
71933960 TSF LONG FOOT PLATE 180MM PINK

```
71933961 TSF 1/2 RING 180MM BLUE
71933962 TSF 1/2 RING 180MM RED
71933963 TSF 1/2 RING 180MM GREEN
71933964 TSF 1/2 RING 180MM PINK
71934004 TSF FULL RING 130MM BLUE
71934005 TSF FULL RING 130MM RED
71934006 TSF FULL RING 130MM GREEN
71934007 TSF FULL RING 130MM PINK
71934008 TSF 1/2 RING 130MM BLUE
71934009 TSF 1/2 RING 130MM RED
71934010 TSF 1/2 RING 130MM GREEN
71934011 TSF 1/2 RING 130MM PINK
74012904 QUICK CONNECT TROC PIN 1/8 X 3
74473200 COVE PT PIN 120 X 28 X3MM STER
81011647 AND TN 13 X 30 130D TAN LT LIME
81011830 ANOD 13 X 30 130D TAN LT LIME
81011831 ANOD 13 {} X 32 130D TAN LT LIME
81011832 ANOD 13 X 34 130D TAN LT LIME
81011833 ANOD 13 X 36 130D TAN LT LIME
81011834 ANOD 13 X 38 130D TAN LT LIME
81011835 ANOD 13 X 40 130D TAN LT LIME
81011836 ANOD 13 X 42 130D TAN LT LIME
81011837 ANOD 13 X 44 130D TAN LT LIME
81011838 ANOD 13 X 46 130D TAN LT LIME
81011839 ANOD 13 X 48 130D TAN LT LIME
81011840 ANOD 13 X 50 130D TAN LT LIME
81011853 ANOD 10 X 30 130D TAN RT ROSE
81011854 ANOD 10 X 32 130D TAN RT ROSE
81011856 ANOD 10 X 34 130D TAN RT ROSE
81011858 ANOD 10 X 36 130D TAN RT ROSE
81011863 ANOD 10 X 38 130D TAN RT ROSE
81011866 ANOD 10 X 40 130D TAN RT ROSE
81011868 ANOD 10 X 42 130D TAN RT ROSE
81011870 ANOD 10 X 44 130D TAN RT ROSE
81011882 ANZD 10X30 130D TAN LIM
81011883 ANZD 10X32 130D TAN LIM
81011884 ANZD 10X34 130D TAN LIM
81011885 ANZD 10X36 130D TAN LIM
81011886 ANZD 10X38 130D TAN LIM
81011887 ANZD 10X40 130D TAN LIM
81011888 ANZD 10X42 130D TAN LIM
81011889 ANZD 10X44 130D TAN LIM
81011890 ANZD 10X46 130D TAN LIM
81011891 ANZD 10X48 130D TAN LIM
81011892 ANZD 10X50 130D TAN LIM
81011904 ANZD 11.5X30 130D TAN LIM
81011905 ANZD 11.5X32 130D TAN LIM
81011906 ANZD 11.5X34 130D TAN LIM
81011907 ANZD 11.5X36 130D TAN LIM
81011908 ANZD 11.5X38 130D TAN LIM
81011909 ANZD 11.5X40 130D TAN LIM
81011910 ANZD 11.5X42 130D TAN LIM
```

81011911 ANZD 11.5X44 130D TAN LIM
81011912 ANZD 11.5X46 130D TAN LIM
81011913 ANZD 11.5X48 130D TAN LIM
81011914 ANZD 11.5X50 130D TAN LIM
81011924 ANOD 10 X 46 130D TAN RT ROSE
81011925 ANOD 10 X 48 130D TAN RT ROSE
81011926 ANOD 10 X 50 130D TAN RT ROSE
81011938 ANOD 11.5 X 30 130 TAN RT ROSE
81011939 ANOD 11.5 X 32 130 TAN RT ROSE
81011940 ANOD 11.5 X 34 130 TAN RT ROSE
81011941 ANOD 11.5 X 36 130 TAN RT ROSE
81011942 ANOD 11.5 X 40 130 TAN RT ROSE
81011943 ANOD 11.5 X 42 130 TAN RT ROSE
81011944 ANOD 11.5 X 44 130 TAN RT ROSE
81011945 ANOD 11.5 X 46 130 TAN RT ROSE
81011946 ANOD 11.5 X 48 130 TAN RT ROSE
81011959 ANOD 13 X 30 130 TAN RT ROSE
81011960 ANOD 13 X 32 130 TAN RT ROSE
81011961 ANOD 13 X 34 130 TAN RT ROSE
81011962 ANOD 13 X 36 130 TAN RT ROSE
81011963 ANOD 13 X 38 130 TAN RT ROSE
81011964 ANOD 13 X 40 130 TAN RT ROSE
81011965 ANOD 13 X 42 130 TAN RT ROSE
81011966 ANOD 13 X 44 130 TAN RT ROSE
81011967 ANOD 13 X 46 130 TAN RT ROSE
81011968 ANOD 13 X 48 130 TAN RT ROSE
81011969 ANOD 13 X 50 130 TAN RT ROSE
81012043 AND TN 13 X 30 130D TAN LT LIME
81016069 PIN ST TYPE C 9/64 X 9
81031342 O/MFG MCH TA SP FR 2/3 255MM
81039458 MACH/ANOD 155MM 2/3 TS RG BLUE
81039459 MACH/ANOD 155MM 2/3 TS RG RED
81039460 MACH/ANOD 155MM 2/3 TS RG GOLD
81039461 MACH/ANOD 155MM 2/3 TS RG GRN
81039462 MACH/ANOD 180MM 2/3 {} RG BLUE
81039463 MACH/ANOD 180MM 2/3  RG RED
81039464 MACH/ANOD 180MM 2/3 {} RG GOLD
81039465 MACH/ANOD 180MM 2/3  RG GREEN
81039471 MACH/ANOD 155MM FULL TS RG BLU
81039473 MACH/ANOD 155MM FULL TS RG RED
81039474 MACH/ANOD 155MM FULL TS RG GLD
81039475 MACH/ANOD 155MM FULL TS RG GRN
81039482 MACH/ANOD 180MM FULL TS RG BLU
81039483 MACH/ANOD 180MM FULL TS RG RED
81039484 MACH/ANOD 180MM FULL TS RG GLD
81039485 MACH/ANOD 180MM FULL TS RG GRN
81048666 KIRSCHNER WIRE 2.5X80 PURCHASED
81049030 O/MFG GII UNIVERSAL PS FMRL IMPCTR ASSY
81049031 O/MFG SPC FEMORAL IMPLANT IMPACTOR
81051987 O/MFG ANODIZE 2/3 155MM RING BLUE
81051988 O/MFG ANODIZE 2/3 155MM RING RED
81051989 O/MFG ANODIZE 2/3 155MM RING GOLD

81051990 O/MFG ANODIZE 2/3 155MM RING GREEN
81052042 O/MFG ANODIZE 2/3 180MM RING BLUE
81052043 O/MFG ANODIZE 2/3 180MM RING RED
81052044 O/MFG ANODIZE 2/3 180MM RING GOLD
81052045 O/MFG ANODIZE 2/3 180MM RING GREEN
81052047 O/MFG ANODIZE FULL RING 155MM RING BLUE
81052048 O/MFG ANODIZE FULL RING 155MM RING RED
81052049 O/MFG ANODIZE FULL RING 155MM RING GOLD
81052050 O/MFG ANODIZE FULL RING 155MM RING GREEN
81052052 O/MFG ANODIZE FULL RING 180MM RING BLUE
81052053 O/MFG ANODIZE FULL RING 180MM RING RED
81052054 O/MFG ANODIZE FULL RING 180MM RING GOLD
81052055 O/MFG ANODIZE FULL RING 180MM RING GREEN
81054630 O/MFG ANO TSF FULL RING 255 MM
81054631 O/MFG ANO TSF HALF RING 255 MM
81054632 O/MFG ANO TSF 2/3 RING 255 MM
81061533 MACH/ANOD 155MM 2/3 TS RG PINK
81061534 MACH/ANOD 180MM 2/3 TS RG PINK
81061535 MACH/ANOD 155MM FULL TS RG PINK
81061536 MACH/ANOD 180MM FULL TS RG PINK
81061537 O/MFG ANODIZE 2/3 155MM RING PINK
81061538 O/MFG ANODIZE 2/3 180MM RING PINK
81061539 O/MFG ANODIZE FULL 155MM RING PINK
81061540 O/MFG ANODIZE FULL 180MM RING PINK
81065098 O/MFG ANODIZED LNG FT PLATE 155MM BLUE
81065099 O/MFG ANODIZED LNG FT PLATE 155MM RED
81065100 O/MFG ANODIZED LNG FT PLATE 155MM GREEN
81065101 O/MFG ANODIZED LNG FT PLATE 155MM PINK
81065102 O/MFG ANODIZED LNG FT PLATE 180MM BLUE
81065103 O/MFG ANODIZED LNG FT PLATE 180MM RED
81065104 O/MFG ANODIZED LNG FT PLATE 180MM GREEN
81065105 O/MFG ANODIZED LNG FT PLATE 180MM PINK
81065106 O/MFG ANODIZED 1/2 RING 180MM BLUE
81065107 O/MFG ANODIZED 1/2 RING 180MM RED
81065108 O/MFG ANODIZED 1/2 RING 180MM GREEN
81065109 O/MFG ANODIZED 1/2 RING 180MM PINK
81065424 O/MFG ANODIZED FULL RING 130MM BLUE
81065425 O/MFG ANODIZED FULL RING 130MM RED
81065426 O/MFG ANODIZED FULL RING 130MM GREEN
81065427 O/MFG ANODIZED FULL RING 130MM PINK
81065433 O/MFG ANODIZED 1/2 RING 130MM BLUE
81065434 O/MFG ANODIZED 1/2 RING 130MM RED
81065435 O/MFG ANODIZED 1/2 RING 130MM GREEN
81065436 O/MFG ANODIZED 1/2 RING 130MM PINK
8269220 T/TOUCH COSMETIC BUDS 72        1X12
8269240 T/TOUCH BABY BUD'S 200          1X12