# Exhibit 2

**Department of Veterans Affairs**
**Office of Acquisition & Materiel Management**

# Acquisition Update

Your Source For Federal Health Care Contract Information

January/March 2003
Volume 2, Number 1

## INSIDE THIS ISSUE

| | |
|---|---|
| VA's Small Business Goals | Page 1 |
| FSS Program | Page 2 |
| Medical Imaging Maintenance Contracts | Page 3 |
| Small Business Awards | Page 3 |
| JWOD Corner | Page 4 |
| Paradigms of Success | Page 5 |
| Upcoming Health Care Events | Page 5 |
| New Contracts | Page 6 |
| FSS Small Business Contracts Listing | Page 7 |
| GSA's Facilities Maintenance Plus Contracts | Page 8 |

We would like your comments! What topics do you want covered? What information do you want to see? Please contact:

Susan Lewis at
susan.lewis@med.va.gov

Sandra Murbach at
sandra.murbach@med.va.gov

nac@med.va.gov



**Department of Veterans Affairs**

## VA's Small Business Goals

*By: David S. Derr, Associate Deputy Assistant Secretary for Acquisitions*

I hope that one of your New Year's resolutions is to increase the amount of business that you are directing toward small and disadvantaged businesses, especially those owned by veterans and service-disabled veterans. The Department of Veterans Affairs (VA) has consistently done well in making awards to small businesses, but our good results have been eroding over the years. VA should be the leader in making awards to veteran-owned and service-disabled veteran-owned firms. It is time to renew our commitment to small and disadvantaged businesses and to all of the other socioeconomic programs.

Mr. Gary J. Krump, Deputy Assistant Secretary, Office of Acquisition and Materiel Management and Mr. Scott Denniston, VA Director, Office of Small and Disadvantaged Business Utilization, have commissioned a task force to seek out ways to improve VA's performance in making contract awards to veterans. The report should be issued in the near future and I encourage all of you to support the findings of the task force and to renew your efforts to seek out and make contract awards to firms owned by veterans.

Buying from veterans directly supports VA's national goals. Goal 1 is to restore the capability of disabled veterans to the greatest extent possible and to improve the quality of their lives and that of their families. What better way to restore capability than by supporting disabled veterans' businesses? Goal 2 is to ensure a smooth transition of veterans from active military service to civilian life. Here too, supporting veteran-owned businesses helps in this transition. Goal 3 is to honor and serve veterans in life and memorialize them in death for their sacrifices on behalf of the Nation. Buying from veteran-owned businesses honors and serves those veterans who own businesses. Goal 4 is to contribute to the public health, socioeconomic well-being, and history of the Nation. Buying from veteran-owned firms directly supports the socioeconomic well-being of the Nation and is directly linked to VA's very reasons for existence.

I wish all of you a Happy New Year and encourage you to renew your efforts to support the Department's socioeconomic goals. For more information, refer to Information Letter 049-02-14 which provides additional guidance on this issue.

## Socio-Economic Firms Listed

To help your facility meet their socio-economic goals, a comprehensive listing of current Federal Supply Schedule small business contract holders may be found starting on page 7. We hope you find this information useful.

# *Federal Supply Schedule Program*

As some of you may be aware, the General Services Administration (GSA) announced in November it would lower the 1 percent industrial funding fee (IFF) on its multiple awards schedules to 0.75 percent effective January 31, 2004. The decision to lower the IFF came about through the combined efforts of vendors urging for the reduction, a report from the General Accounting Office, and a recommendation from consultants, hired by GSA, to help the agency operate more efficiently. So what does this mean to our customers that use Department of Veterans Affairs (VA) FSS contracts for their contracting needs? VA FSS contracts are unaffected by GSA's decision to lower their IFF and are still the best deal in town with an IFF of 0.50 percent. For additional information on VA's FSS Program, please log on to www.va.gov/oa&mm/nac/fsss/index.htm.

## FSS Vendor Trade Shows

Another excellent way to become familiar with the FSS Program is to attend an FSS Vendor Trade Show. The FSS Vendor Trade Show has been extremely popular with both the vendor and Federal government medical communities. The VA's Office of Acquisition Material Management (OA&MM) Business Development and Marketing Office sponsors this program, with support of the National Acquisition Center (NAC).

FSS Vendor Trade Shows have been endorsed by Secretary Principi and are being held at selected VA medical centers and military medical centers nationwide. These one-day table top targeted expositions feature approximately 30-50 FSS vendors who specialize in medical equipment and supplies, pharmaceuticals, dental supplies, wheelchairs, in-vitro diagnostics and reagents, x-ray equipment and supplies, cost per test services, bulk oxygen, cylinder gas, CR/DR mammography, CT/MRI therapy, IV solutions, laundry equipment, medical/surgical prime vendor program, nuclear and ultrasound equipment and much more! Vendors have the opportunity to interact and showcase their products and services to purchasing officials, contracting officers, credit card holders, hospital and clinic administrators, and end users who are in the market for products, equipment, pharmaceuticals or services. The shows also feature representatives from OA&MM and General Services Administration. OA&MM representatives are available to assist logistics, contracting officers, and vendors with questions regarding OA&MM/NAC programs, products and services.

The OA&MM Vendor Trade Shows accomplish several things: 1) promotes and educates VA employees and other attendees about the FSS Program; 2) raises awareness in the vendor community to the VA's requirements and needs; and 3) directly supports Secretary Principi's expressed preference for VA activities to use FSS contracts.

The OA&MM Business Development and Marketing Office is in the process of developing FSS vendor trade shows for the next fiscal year. If any facility would like to host a vendor show, we have openings in the schedule starting in the June 2003 time frame. These are a fun type of activity and provide the medical facility staff with exposure to several medical products. The OA&MM Business Office will coordinate all the details of producing the show and no work or cost is required from the medical facility. All administrative procedures are coordinated and approved by the hosting facility, prior to the implementation of the vendor trade show date. All the shows have been a sellout as space has been limited to 30 to 50 vendors.

Any facility that would like to host an FSS Vendor Trade Show or requires additional information, please contact the Business Development and Marketing Office, Arthur East at (202)-273-6107 or Tom Davenport at (813) 979-3648.

# DoD Shares Medical Imaging Maintenance Contracts with VA

In the spirit of cooperation preceding a signed Memorandum of Agreement, the Defense Supply Center Philadelphia (DSCP) has made its medical imaging maintenance contracts available to the Department of Veterans Affairs (VA) for use. As of this writing, DSCP has placed Indefinite Delivery Indefinite Quantity contracts for post-warranty maintenance services with five companies:

> GE Medical Systems
> Siemens Medical Systems
> Philips Medical Systems North America
> Toshiba America Medical Systems
> COHR, Inc., d/b/a Masterplan

In order to use these contracts, you must first contact Ms. Pat McKay at the VA National Acquisition Center (NAC) Direct Delivery Team to obtain a delegation of authority and a task order number. You will be required to provide a copy of the written delegation to the vendor, and to furnish a copy of your order to DSCP. Their address will be provided by NAC, with an electronic copy of the applicable contract. Administration of the task order will be your facility's responsibility. **There is no surcharge applicable to these orders.**

Please have the following information available when you call or email NAC:
 1. Your station's mailing address;
 2. The name of the individual who will be placing the task order; and
 3. The company you wish to order from.

If you have any questions, please contact Pat McKay at (708) 786-5251 or Particia.McKay@med.va.gov.

---

***Do you know?*** how to tell whether you can order against a NAC contract, or have to send the purchase to the NAC Direct Delivery team? The contract number is the key. If the contract number is V797P-6xxxx, it's Direct Delivery and purchase authority is held by NAC. If the number after the dash is anything but a six, it's a Federal Supply Schedule (FSS) contract and you can place the order yourself. There are two exceptions to the rule:

 (a) There are a few Cost-Per-Test lab contracts that are numbered V797P-6xxxx. These are FSS, and can be locally ordered against; and

 (b) Most Direct Delivery medical equipment contracts contain local-purchase delegations up to a specific dollar amount:

- ✓ X-Ray              $25,000 (corrected)
- ✓ Radiation Therapy  $50,000
- ✓ Ultrasound         $50,000 for accessories only; complete systems must be sent to NAC
- ✓ CT/MRI             $250,000

If you aren't sure which category the equipment falls in, please contact Pat McKay at (708) 786-5251 or Particia.McKay@med.va.gov.

---

# Small Business Awards

✓ A Federal Supply Schedule contract was awarded to a veteran-owned small business for dental cabinetry and accessories. Because the cabinets are modular, customers can custom design a system to accommodate their space and budget. This award consists of 300 line items with negotiated discounts 50 percent below commercial list price. For more information, contact Sandra Perkins at (708) 786-4958 or *Sandra.Perkins@med.va.gov*.

✓ The National Acquisition Center (NAC) recently awarded a national mandatory Blanket Purchase Agreement (BPA) to a small, disadvantaged, service-disabled veteran-owned business. The five-year BPA for bathroom supplies is valued at $160,000 annually. This initiative was coordinated with VA's Center for Veterans Enterprise. The Center for Veterans Enterprise provides assistance to veterans and service-disabled veterans who want to open or expand a business. For more information, please contact Karen Law at (708) 786-4985 or *Karen.Law@med.va.gov*.

# JWOD Corner

*VA sets pace for Federal Community in celebrating National Javits-Wagner-O'Day (JWOD) Week Activities*

In keeping with its mission, the Department of Veterans Affairs (VA) takes very seriously its commitment to the JWOD Program. Working with disabled veterans, VA understands the value—to individuals, their families, and society—of creating jobs for disabled persons.

Secretary of Veterans Affairs Anthony J. Principi reaffirmed VA's support for JWOD in a recent memorandum in honor of National JWOD Week, October 12-20, 2002. "We look forward to working with JWOD, promoting the purchase of their supplies and services," said Principi. JWOD Week is celebrated during the month of October, designated as National Disability Employment Awareness Month.

To observe JWOD Week and National Disability Employment Month, VA hosted a JWOD Vendor Day at its headquarters in Washington, DC, on October 3, 2002. Twenty JWOD vendors set up exhibits to showcase their products and services, covering everything from cleaning services to office supplies and eyeglasses.

VA Deputy Assistant Secretary for Acquisition and Materiel Management Gary J. Krump welcomed vendors and employees to the event. Krump, a long-time member of the Committee for Purchase From People Who Are Blind or Severely Disabled, noted the cost-effectiveness of the JWOD Program, calling it "a best value practice for spending Federal acquisition dollars." To officially open the event, Krump invited Paul Plattner of NISH and Jim Gibbons, President and CEO of the National Industries for the Blind, to join him in cutting a ceremonial red, white, and blue ribbon. VA employees then circulated among the exhibits to learn more about the diverse services and products available from JWOD vendors.

"Bringing together JWOD vendors and VA employees benefits both groups," according to event organizer Mary Elliott, Office of Acquisition and Materiel Management program analyst, who serves as associate VA liaison to JWOD. "Our employees were impressed with the range and quality of products and services they can obtain from JWOD vendors. We plan to host other events like this to do our part to promote the JWOD Program."

Kat Galos, VA liaison to JWOD, stressed the contributions of various individuals in making this event a success. She singled out for special mention computer specialist James Falwell in the Office of Information, Stakeholder & Investment Support Service, and Joe Nguyen, graphics art specialist in the Office of Acquisition and Materiel Management. Falwell graced the audience with a beautiful rendition of the national anthem and Nguyen created a unique poster to commemorate VA's celebration of JWOD Week.

JWOD agencies participating in the VA event included Peckham Vocational Industries; Service Disabled Veterans Business; The Corporate Source; Easter Seal Society of Superior California; The Chimes; Seattle Lighthouse for the Blind; South Texas Lighthouse for the Blind; BOSMA Industries; Milwaukee Industries for the Blind; Envision, Inc.; Winston-Salem Industries for the Blind; Blind Industries and Services of Maryland; North Central Sight Services; Columbia Lighthouse for the Blind; and New York City Industries for the Blind.

Questions concerning the JWOD Program may be directed to Kat Galos at (202) 437-7300 or Katherine.Galos@mail.va.gov.

## JWOD means Jobs

JWOD means Jobs provides information about JWOD products and services, and the nonprofit agencies that help VA meet its mission.

Washington-Greene Co. Branch of the PA Association for the Blind has been providing quality medical/surgical products to VA since 1980. VA's purchase of surgical masks, suture removal kits, and tracheotomy care kits under the JWOD Program creates 14,000 work hours annually for approximately 10 people who are blind.

4

These products include:

### Surgical Mask

NSN 6515-00-982-7493 – Blue contour-shaped surgical mask is made from non-woven filter material, features elastic headband and is manufactured using 3M components.

### Suture Removal Kit

NSN 6515-00-690-6911 – Suture removal kit is sterile and disposable featuring Littauer scissors and one smooth, serrated forcep. Packaged to provide a sterile field during use.

### Tracheotomy Care Kit

NSN 6515-01-174-8844 – Entire Care Kit
NSN 6515-01-447-1720 – Kit w/o brush and pipe cleaners

Tracheotomy Care Kit is sterile and disposable and features hospital wrap, a tray with three soaking compartments, one folded drape, flexible wire handle brush, three pipe cleaners, four cotton or rayon tipped applicators, six gauze pads, one tracheotomy sponge, one white tape, and one pair of exam gloves.

For more information on these and other products please contact:

Washington-Greene Co. Branch of PA Association for the Blind
566 East Maiden Street
Washington, PA 15301
(724) 228-0770

BOA# 500678

# *Paradigms of Success*

By: Howard Swartzman, Acquisition Resources

Not long ago, I was involved in a minor traffic accident. You know the kind of fender bender that, while fortunately involves no personal injury, still leaves you embarrassed and with dents in both your vehicle and sense of self-esteem. Attempting to retrace the cause of this mishap, I thought back to how this failure on my part happened, and more importantly, just how something like this might be avoided in the future. What exactly was I doing at the time that caused me not to see that the light at the intersection was changing from green to red? Or, was it even green as I approached it? I honestly could not remember seeing the stoplight until I well into the intersection.

As I retraced the events over and over in my mind the answer suddenly struck me (no pun intended). Having been in an area of the city that I was relatively unfamiliar with, I was focusing all my driving attention on where I ultimately wanted to turn, the intersection that was beyond the one I was immediately entering. My longer-range goal of where I would eventually turn kept me from adequately identifying and focusing on my short-range goal, the intersections I had to make it successfully through first.

Identifying and focusing our attention on both long and short-range goals is just as important in our business and professional endeavors as it is in our personal lives. Often it is quite easy to forget that to successfully get to where we want to be, our ultimate destination, we must first identify and safely make it through many intersections along the way. At work, each one of these intersections can represent our short-range goals. They provide us with our sense of direction and immediate feedback on just how well we are doing toward achieving our final goal. Both long and short-range goals are important to the success of any project.

The next time you are faced with completion of a long-range goal, take the time to map out your trip by identifying the intersections along the way that will keep you on course, provide feedback on your progress, and most importantly, help you avoid those dents as you approach the intersections.

Happy motoring!

# *Upcoming Health Care Events*

Upcoming FSS vendor shows (dates will be provided as details are finalized):

VAMC Alexandria, LA, Tripler Army Medical Center, Hawaii; VAMC Bay Pines, FL; Jacksonville (Naval), FL; VAMC Atlanta, GA; VAMC North Chicago, IL; Great Lakes Navy, Chicago; Ft. Hood Army), TX; and VAMC Temple, TX.

# New FSS and National Contract Awards

Listed below are some recently awarded contracts. For complete information, go to www.va.gov/oa&mm/nac.

**Federal Supply Schedules**

### 621 I
| Professional Medical Healthcare Services | Contract# V797P- | Business Size |
|---|---|---|
| Aerotek Scientific, LLC | 4406A | Large |
| Dakota Med Temps, Inc. | 4421A | Small |
| Radiology Staffing, Inc. | 4413A | Small |
| TeleScience International | 4405A | Small |

### 65 II A
| Medical Equipment and Supplies | Contract# V797P- | Business Size |
|---|---|---|
| Assistive Technology, Inc | 4394A | Small |
| Collins Medical, Inc. | 4396A | Small |
| Dominant Distribution Sys | 4417A | Small |
| Dwyer Kitchens | 4411A | Small |
| Integrated Dispensing Sys | 4325A | Small |
| Integrated Medical Systems International, Inc. | 4386A | Small |
| Noraxon USA, Inc | 4414A | Small |
| Paper-Pak Products, Inc. | 4399A | Small |
| Sizewise Rentals Inc. | 4401A | Small |
| Smith & Nephew, Inc. | 4403A | Large |
| Span America Medical Sys | 4384A | Small |
| Trademark Medical | 4360A | Small |

### 65 II C
| Dental Supplies | Contract # V797P- | Business Size |
|---|---|---|
| Hamilton Medical | 3902K | Small |
| Vacalon Company | 3922K | Small |

### 66 III
| Cost-Per-Test | Contract # V797P- | Business Size |
|---|---|---|
| Nichols Institute Diagnostics | 4404A | Large |

### 65 Part 1B
| Pharmaceuticals | Contract # V797P- | Business Size |
|---|---|---|
| Adams Laboratories, Inc. | 0256E | Small |
| Dartmouth Pharmaceuticals | 5529X | Small |
| DUSA Pharmaceuticals, Inc. | 0257E | Small |
| Eisai, Inc. | 0259E | Small |
| ESP Pharma, Inc. | 5531X | Small |
| Merck/Schering-Plough Distribution Services LLC | 0260E | Large |
| Ovation Pharmaceuticals | 0255E | Small |
| Ovation Pharmaceuticals, Inc. | 5532X | Small |
| United Therapeutics | 5535X | Small |
| Upstate Pharma, LLC | 5530X | Large |

### 65 VA
| X-Ray Equip/Supplies | Contract # V797P- | Business Size |
|---|---|---|
| Ampronix, Inc. | 3921K | Small |

### 65 Part VII
| Invitro Diagnostics/ Reagents | Contract# V797P- | Business Size |
|---|---|---|
| None | | |

### 65IIF
| Patient Mobility Devices | Contract # V797P- | Business Size |
|---|---|---|

(Including wheelchairs, scooters, walkers, etc.)

| | | |
|---|---|---|
| Frank Mobility | 3898K | Small |
| DT&J, Inc. | 3900K | Small |
| SMT Health Systems | 3901K | Small |
| Span America | 3923K | Small |

**National Contracts**

| Pharmaceutical Items: Product | Contract # V797P- | Business Size |
|---|---|---|
| Lisinopril Tablets | 90788 | Small |
| Ibuprofen Tablets | 9089 | Small (SDB) |

**Medical/Surgical Prime Vendor:**

| | | |
|---|---|---|
| Allegiance Healthcare | 9090 | Large |
| American Medical Depot | 9091 | Small |

**Blanket Purchase Agreements:**

| Product | Contract # VANAC-90NP1 | Business Size |
|---|---|---|
| Hemoccult | 98-026A | Small |
| Wound Care Products | 03-011 | Large |
| Oral Care Products | 03-012 | Small |
| Bathroom Cleaning Supplies | 03-014 | Small (Veteran) |

For additional information, contact Karen Law at (708) 786-4948 or Karen.Law@med.va.gov.

| Prosthetic Item Product | Contract # V797P- | Business Size |
|---|---|---|
| Medtronics | 9093 | Large |

For additional information, contact Patricia Benson at (708) 786-5253 or Patricia.Benson@med.va.gov.

| Direct Delivery: X-Ray | Contract # V797P- | Business Size |
|---|---|---|
| None | | |

**CT/MRI**

None

**Laundry Equipment**

None

**PACS**

None

# *FSS Small Socio-Economic Businesses*

| Contractor | Schedule |
|---|---|
| **8a (Small Businesses)** | |
| Altos Federal Group, Inc. | 621 I |
| Dimensions Medical Supply Group | 65 II A |
| Jero Medical Equipment & Supplies | 65 II A |
| Medi-Tech International Corp. | 65 II A |
| **HubZone** | |
| RS Staffing Services, Inc. | 621 I |
| American Medical Depot | 65 II A |
| International-Global Enterprises, Inc. | 65 II A |
| M-COM-DONTAY, LLC | 65 II A |
| MMI of Mississippi, Inc. | 65 II A |
| Wiltex, Inc. | 65 II A |
| **SDB (Small Disadvantaged Businesses)** | |
| Health Management Resources, Inc. | 621 I |
| Imiren Pharmaceuticals, Inc. | 65 I B |
| Marlex Pharmaceutical Inc. | 65 I B |
| Ocean Care, Inc. | 65 I B |
| Pharma-Tek Inc. | 65 I B |
| Sidmak Laboratories | 65 I B |
| Vita-Erb Limited | 65 I B |
| Adenna, Inc. | 65 II A |
| Air Sep Corporation | 65 II A |
| American Imex | 65 II A |
| American Medical Depot | 65 II A |
| Bell Enterprise Corp. | 65 II A |
| Dexta Corporation | 65 II A |
| Dimensions Medical Supply Group | 65 II A |
| Fourth and Short Distribution, Inc. | 65 II A |
| International-Global Enterprises, Inc. | 65 II A |
| Internat'l Distribs. Of Electronics for Medicine | 65 II A |
| Isolation Systems, Inc. | 65 II A |
| Jero Medical Equipment & Supplies, Inc. | 65 II A |
| Kerma Medical Products, Inc. | 65 II A |
| LSL Industries Inc. | 65 II A |
| Magnum Medical | 65 II A |
| M-COM-DONTAY, LLC | 65 II A |
| Medical Place, Inc. | 65 II A |
| Medi-Tech International Corp | 65 II A |
| Miller Medical Sales, Inc. | 65 II A |
| Phoenix Textile Corporation | 65 II A |
| Posture-Air Sleep Systems | 65 II A |
| Practical Medical Devices, LLC | 65 II A |
| Stephens instruments | 65 II A |
| U.S. Orthotics Inc. | 65 II A |
| Universal Home Health & Industrial Supp. | 65 II A |
| Wiltex, Inc. | 65 II A |
| Ideal Medical Systems, Inc. | 65 II C |
| Medical Place | 65 II F |
| Omaha Medical Supplies | 65 II F |
| Diagnostic Systems Labs | 65 Part VII |
| Quality Biological Inc. | 65 Part VII |
| Ideal Medical, Inc. | 65 VA |
| **Veteran-Owned** | |
| CRAssociates, Inc. | 621 I |
| RS Staffing Services, Inc. | 621 I |
| Beach Products | 65 I B |
| Bethurum Research & Development | 65 I B |
| Carolina Medical Products Co., Inc. | 65 I B |
| Geritrex Corporation | 65 I B |
| Golden State Medical Supply, Inc. | 65 I B |
| Mericon Industries Inc. | 65 I B |
| Ocean Care, Inc. | 65 I B |
| Pedinol Pharmacal, Inc. | 65 I B |
| Pharma-Tek Inc. | 65 I B |
| Specialized Nutraceuticals | 65 I B |
| Toppbros., Inc. | 65 I B |
| Versa Pharm. | 65 I B |
| Wexford, Inc. | 65 I B |
| Air Clear, Inc. | 65 II A |
| Anatomic Concepts, Inc. | 65 II A |
| Baiwa, Inc. | 65 II A |
| Big Boyz Industries, Inc. | 65 II A |
| Bruno Independent Living Aids, Inc. | 65 II A |
| Cammedco LLC | 65 II A |
| Churchill Medical Systems, Inc. | 65 II A |
| Condor Industries, Inc. | 65 II A |
| Currie Medical Specialties, Inc. | 65 II A |
| Custom Ultrasonics, Inc. | 65 II A |
| Eagle Work Clothes, Inc. | 65 II A |
| Electro Medical Equipment Company | 65 II A |
| Electronic Research Devices Corp. | 65 II A |
| Flotec Inc. | 65 II A |
| HE, Inc. (aka Harod Enterprises, Inc.) | 65 II A |
| InnerSpace Corporation | 65 II A |
| Integration & Automation Services, Inc. | 65 II A |
| International Med-Tek Corp | 65 II A |
| Internat'l Distribs. Of Electronics for Medicine | 65 II A |
| Janel Surgical Company, Inc. | 65 II A |
| Jero Medical Equipment & Supplies | 65 II A |
| Kenad SG Medical, Inc. | 65 II A |
| Kirby Lester | 65 II A |
| Lift Aid | 65 II A |
| McDade Apparel LLC | 65 II A |
| Medco Equipment, Inc. | 65 II A |
| Medical Research Laboratories, Inc. | 65 II A |
| Medikmark, Inc. | 65 II A |
| Medi-Tech International Corp. | 65 II A |
| Micro-Scientific Industries, Inc. | 65 II A |
| North American Rescue Products, Inc. | 65 II A |
| Post Medical, Inc. | 65 II A |
| S&S Technology - MedCart | 65 II A |
| S&W Healthcare Corporation | 65 II A |
| SNI, Inc. | 65 II A |
| Soma Blue, Inc. | 65 II A |
| Sroufe Healthcare Products, Inc. | 65 II A |
| Temp-Tronix, Inc. | 65 II A |
| TI-CO Medical Instruments, Inc. | 65 II A |
| Trademark Medical | 65 II A |
| Twin Medical Company | 65 II A |
| Vermont Medical, Inc. | 65 II A |
| Western Medical, LTD. | 65 II A |
| Dental Resource Inc. | 65 II C |

| | | | |
|---|---|---|---|
| Hayes Handpiece Repair Co. | 65 II C | Medical Warehouse, Inc. | 65 II A |
| Palm Beach Dental Supply, Inc. | 65 II C | Miller Medical Sales, Inc. | 65 II A |
| Ramvac Corp. | 65 II C | Patent Marketing Concepts, LLC | 65 II A |
| Trademark Medical | 65 II C | PFB Inter-Apparel Corp. | 65 II A |
| Vident | 65 II C | Phoenix Textile Corporation | 65 II A |
| Brike International | 65 II F | Princeton Medical Group, Inc. | 65 II A |
| Bruno Independent Living Aids | 65 II F | Principle Business Enterprises | 65 II A |
| Colours N' Motion | 65 II F | Scale-Tronix, Inc. | 65 II A |
| Mercer County Rehab Supply, Inc. | 65 II F | Stand Aid of Iowa, Inc. | 65 II A |
| Ortho-Kinetics, Inc. | 65 II F | Surgi Textile | 65 II A |
| Pathlighter, Inc. | 65 II F | SWB Elbow Brace, Ltd. | 65 II A |
| Redman Power Chair | 65 II F | Tetra Medical Supply Corporation | 65 II A |
| Stow Away, Inc. | 65 II F | The Hymed Group Corporation | 65 II A |
| Akers Laboratories | 65 Part VII | Triline Medical Products, LLC | 65 II A |
| Government Scientific Source | 65 Part VII | Vail Products, Inc. | 65 II A |
| Quality Biological Inc. | 65 Part VII | Weber and Weber Co. | 65 II A |
| Burlington Medical Supplies | 65 VA | Wiltex, Inc. | 65 II A |
| | | Wiltex, Inc. | 65 II A |

**Woman-Owned**

| | | | |
|---|---|---|---|
| | | Harry J. Bosworth Company | 65 II C |
| Altos Federal Group, Inc. | 621 I | Ideal Medical Systems, Inc. | 65 II C |
| CCMS | 621 I | Palm Beach Dental Supply, Inc. | 65 II C |
| Lisamarie Fallon, Inc. | 621 I | Sintec, Inc. | 65 II C |
| Novus Medical LLC | 621 I | G.S.D.K. Medical, Inc. | 65 II F |
| PharmaStat, Inc. | 621 I | Homecare Products Inc. | 65 II F |
| Rph On The Go USA, Inc. | 621 I | Kristi-Care, Inc. | 65 II F |
| Top Docs, Inc. | 621 I | Portable Entry Systems, Inc. | 65 II F |
| Blaine Pharmaceuticals | 65 I B | Prairie View Industries, Inc. | 65 II F |
| Geritrex Corporation | 65 I B | J&H Berge, Inc. | 65 Part VII |
| Golden State Medical Supply, Inc. | 65 I B | Krasity's Medical & Surgical Supply, Inc. | 65 Part VII |
| Magno Humphries | 65 I B | List Biological Laboratories, Inc. | 65 Part VII |
| Manne Co. | 65 I B | Mainline Technology | 65 Part VII |
| Peters Laboratories, Inc. | 65 I B | National Diagnostics | 65 Part VII |
| Air Clear, Inc. | 65 II A | Ideal Medical, Inc. | 65 VA |
| AK Medical Inc. | 65 II A | K-Art X-Ray Supply Company | 65 VA |
| American Imex | 65 II A | | |
| Barrier Free Lifts, Inc. | 65 II A | | |
| Bell Enterprise Corp. | 65 II A | | |
| Breveon, Inc. | 65 II A | | |
| Buffalo Supply, Inc. | 65 II A | | |
| Case Medical Inc. | 65 II A | | |
| Cincinnati Sub-Zero Products Inc. | 65 II A | | |
| Compression Therapy Concepts | 65 II A | | |
| Condor Industries, Inc. | 65 II A | | |
| Creative Biomedics, Inc. | 65 II A | | |
| Del Mar Medical Systems | 65 II A | | |
| Dimensions Medical Supply Group | 65 II A | | |
| Enochs Mfg., Inc. | 65 II A | | |
| Futuremed America, Inc. | 65 II A | | |
| Gibbons Surgical, Corp. | 65 II A | | |
| Glacier Cross, Inc. | 65 II A | | |
| GSDK | 65 II A | | |
| HealthCare Services Network | 65 II A | | |
| HipSaver, Inc. | 65 II A | | |
| Innovative Imaging Inc. | 65 II A | | |
| Isolation Systems, Inc. | 65 II A | | |
| James Consolidated, Inc. | 65 II A | | |
| Janel Surgical Company, Inc. | 65 II A | | |
| Kerma Medical Products, Inc. | 65 II A | | |
| Krasity's Medical & Surgical Supply, Inc. | 65 II A | | |
| M-COM-DONTAY, LLC | 65 II A | | |
| Medical Science Products | 65 II A | | |

## *Facilities Maintenance PLUS GSA Has it All!*

GSA has a new Federal Supply Schedule 03FAC – Facilities Maintenance Plus available to meet your maintenance service needs. Under this new schedule you will find contractors for: Grounds Maintenance, Pest Control, Elevator and Escalator Preventative Maintenance, Independent Elevator Inspection and Painting of Vehicles, Equipment and Machinery. Awards are continually being made for these services. GSA is expanding the Facilities Maintenance Plus schedule to include many other services. Offers are currently being reviewed for Fire Alarm Maintenance and Fire Suppression Systems Maintenance. Under development are Complete Facilities Maintenance and Management. A list of current contractors can be found by visiting www.gsaelibrary.gsa.gov. We want to build this schedule to meet the needs of our customers. You are encouraged to submit ideas for required services to GSA - just give us a call. For more information, please contact: Mary Snodderly at (816) 926-6750, (816) 926-1661 (fax), or mary.snodderly@gsa.gov.