# Exhibit 3

UNITED STATES
# DEPARTMENT OF VETERANS AFFAIRS



## MedSurg Catalog
## (Non Pharmaceutical)

When contemplating issuing a task order against Federal Supply Schedule 621 I, Professional and Allied Health Care Services, issuing office **must ensure compliance** with VHA Directive 0710, dated May 18, 2007, entitled *Personnel Suitability and Security Program* and **obtain the appropriate background clearances.**

Search MedSurg Catalog

Search by

### Item Name / Catalog Number

Search by Item Name and/or Catalog Number

Three search terms can be entered below to locate items by name and/or catalog number.

Term 1

Term 2

Term 3

AND
-
OR

### FSS / BPA / BOA Contract / Contractor Name

Search by

FSS Contract Number (V797P-)
4403a | Smith & N

BPA Contract Number (V797P-)

BOA/National Number (V797P-)

Contractor Name

AND
-
OR

### SIN Number / SIN Description / FSS Schedule / Contract Type

Search by

SIN Number

SIN Description

FSS Schedule
All Contracts

Contract Type
All (FSS, BPA, BOA, National)

Results per Page 20

Click the hyperlinks below for contract details
Found 7975 documents out of 619449.

Results 1 - 20 displayed

1 2 3 4 5 6 7 8 9 10

| Catalog Number | Contract Number | GSA | PV | Product Long Description | Contractor Name | BPA Price | FSS Price | SIN |
|---|---|---|---|---|---|---|---|---|
| 66020016 | VA797-BP-0052 | X | X | PROFORE FOUR LAYER BANDAGING SYSTEM | Smith & Nephew, Inc. | $93.99 | $122.82 | A-4B |
| 66020626 | VA797-BP-0052 | X | X | PROFORE LF (LATEX FREE FORMULATION) MULTI-LAYER BANDAGING SYSTEM NEW | Smith & Nephew, Inc. | $93.99 | $124.42 | A-4B |
| 71687062 | 4403A | X | X | 9MM SLEEVE RETENTION SPRING | Smith & Nephew, Inc. | | $4.91 | A-20C |
| 110790 | 4403A | X | X | THUMB SCREWS FOR 110791 (2/BOX) | Smith & Nephew, Inc. | | $7.61 | A-20C |
| 631437 | 4403A | X | X | IMHS SET SCREW SAMPLE | Smith & Nephew, Inc. | | $8.55 | A-20C |
| 631437 | 4403A | X | X | IMHS SET SCREW SAMPLE | Smith & Nephew, Inc. | | $8.55 | A-20C |
| 890247 | 4403A | X | X | BLUE M.U.D. CASE WITHOUT DIVIDERS | Smith & Nephew, Inc. | | $10.65 | A-20C |
| 71220028 | 4403A | X | X | 2.7 CORTICAL SCREW 28MM | Smith & Nephew, Inc. | | $11.82 | A-20C |
| 71220034 | 4403A | X | X | 2.7 CORTICAL SCREW 34MM | Smith & Nephew, Inc. | | $11.82 | A-20C |
| 71162130 | 4403A | X | X | 2.0MM CORTEX SCR X 30MM, CURC SOCKET | Smith & Nephew, Inc. | | $12.35 | A-20C |
| 71162132 | 4403A | X | X | 2.0MM CORTEX SCR X 32MM, CURC SOCKET | Smith & Nephew, Inc. | | $12.35 | A-20C |
| 71162126 | 4403A | X | X | 2.0MM CORTEX SCR X 26MM, CURC SOCKET | Smith & Nephew, Inc. | | $12.35 | A-20C |
| 71806014A | 4403A | X | X | 4.5MM S-T CRTX SCRW 14MM | Smith & Nephew, Inc. | | $12.90 | A-20C |
| 71806016A | 4403A | X | X | 4.5MM S-T CRTX SCRW 16MM | Smith & Nephew, Inc. | | $12.90 | A-20C |
| 71806018A | 4403A | X | X | 4.5MM S-T CRTX SCRW 18MM | Smith & Nephew, Inc. | | $12.90 | A-20C |
| 71806020A | 4403A | X | X | 4.5MM S-T CRTX SCRW 20MM | Smith & Nephew, Inc. | | $12.90 | A-20C |
| 71806022A | 4403A | X | X | 4.5MM S-T CRTX SCRW 22MM | Smith & Nephew, Inc. | | $12.90 | A-20C |
| 71806024A | 4403A | X | X | 4.5MM S-T CRTX SCRW 24MM | Smith & Nephew, Inc. | | $12.90 | A-20C |
| 71806026A | 4403A | X | X | 200MM S-T CRTX SCRW 26MM | Smith & Nephew, Inc. | | $12.90 | A-20C |
| 71806028A | 4403A | X | X | 4.5MM S-T CRTX SCRW 28MM | Smith & Nephew, Inc. | | $12.90 | A-20C |

Found 7975 documents out of 619449.

Results 1 - 20 displayed

1 2 3 4 5 6 7 8 9 10

Search MedSurg (Non Pharmaceutical) Catalog - National Acquisition Center's Socioeconomic Contract Catalog

U.S. Department of Veterans Affairs - 810 Vermont Avenue, NW - Washington, DC 20420