# Exhibit 4

Search                                                                              Page 1 of 5

**GSA Advantage!**

🛒 **Shopping Cart**
0 items: $0.00

Tutorial | Customer Assistance | What's New | Register | LOGIN

| GSA e-Buy | Schedules e-Library | Profile | Order History/Status | Parked Carts | Reports |

▲ Advanced Search

New search: `V797P-4403A` in `All Categories`  **Find It!**   ❓ Help on this page

Home > Search Results

*Search Results*

Found **7801** products for `V797P-4403A`                                    Page: **1** 2 3 4 5 ▶

**Refine using related terms**

- ring          - half        - rod         - sbf         - composite    - telescopic
- threaded      - diam        - int         - plate       - washer       - lg

**Search within results**

Find all these words `_____`   **Refine**

Sort by: `Most relevant`

◆ - Indicates quantity discounts available.

| NSN/Mfr. Part No/Product | Price / Delivery | Quantity |

100090 **TELESCOPIC ROD-60MM-SBF**
TELESCOPIC ROD-60MM-SBF
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC.  [V797P-4403A] (o)

**$173.96** EA
14 days delivered ARO                          [Add to Cart]

100100 **TELESCOPIC ROD 100 MM LG**
TELESCOPIC ROD 100 MM LG
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC.  [V797P-4403A] (o)

**$259.02** EA
14 days delivered ARO                          [Add to Cart]

100108 **GRAD TELES RD 250 MM LG**
GRAD TELES RD 250 MM LG
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC.  [V797P-4403A] (o)

**$710.39** EA
14 days delivered ARO                          [Add to Cart]

100818 **PLATE HALF RING THCK SBF 4HOLE**
PLATE HALF RING THCK SBF 4HOLE
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC.  [V797P-4403A] (o)

**$150.20** EA
14 days delivered ARO                          [Add to Cart]

**100827 PLT HLF RNG-THIN-SBF 5 HOLE**
PLT HLF RNG-THIN-SBF 5 HOLE
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

**$150.20** EA
14 days delivered ARO

[Add to Cart]

**100900 THD SOCKET 20 MM LENGTH**
THD SOCKET 20 MM LENGTH
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

**$41.77** EA
14 days delivered ARO

[Add to Cart]

**101215 COMP FT RING-SHORT-160MM**
COMP FT RING-SHORT-160MM
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

**$626.86** EA
14 days delivered ARO

[Add to Cart]

**101305 HALF RING 150 MM INT DIAM**
HALF RING 150 MM INT DIAM
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

**$584.71** EA
14 days delivered ARO

[Add to Cart]

**101323 RING 5/8 INT DIAM 130 MM**
RING 5/8 INT DIAM 130 MM
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

**$668.24** EA
14 days delivered ARO

[Add to Cart]

**101332 HALF RING WITH CVD EXT120**
HALF RING WITH CVD EXT120
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

**$621.49** EA
14 days delivered ARO

[Add to Cart]

**101350 COMPOSITE HALF RING 100MM**
COMPOSITE HALF RING 100MM
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o).

**$485.09** EA
14 days delivered ARO

[Add to Cart]

**101358 COMPOSITE HALF RING 200MM**
COMPOSITE HALF RING 200MM
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

$689.70 EA
14 days delivered ARO

**101367 COMPOSITE HALF RING 80MM**
COMPOSITE HALF RING 80MM
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

$485.09 EA
14 days delivered ARO

**101602 LOW PROFILE MALE HINGE**
LOW PROFILE MALE HINGE
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

$71.00 EA
14 days delivered ARO

**101800 SHORT CONN PLATE 3HL-45MM**
SHORT CONN PLATE 3HL-45MM
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

$66.82 EA
14 days delivered ARO

**102070 SMOOTH WIRE-SBF 1.0MM**
SMOOTH WIRE-SBF 1.0MM
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

$236.80 EA
14 days delivered ARO

**102106 WIRE WITH STOPPER 300 MM**
WIRE WITH STOPPER 300 MM
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

$1,965.64 EA
14 days delivered ARO

**102133 ILIZAROV DISCLIP-5MM**
ILIZAROV DISCLIP-5MM
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

$20.88 EA
14 days delivered ARO

**102304 THREAD ROD 150MM**
THREAD ROD 150MM

$104.99 EA
14 days delivered ARO

Search

Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

**102313 THREADED ROD 350MM**
THREADED ROD 350MM
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

**$209.21** EA
14 days delivered ARO

**102403 THREADED ROD SLOTTED100MM**
THREADED ROD SLOTTED100MM
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

**$209.21** EA
14 days delivered ARO

**102412 ROD SLTD THRD - SBF 40MM**
ROD SLTD THRD - SBF 40MM
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

**$214.57** EA
14 days delivered ARO

**102700 WASHER, 1.5MM X 12MM**
WASHER, 1.5MM X 12MM
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

**$41.77** EA
14 days delivered ARO

**102708 STAR WASHER**
STAR WASHER
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

**$15.06** EA
14 days delivered ARO

**102906 WRENCH, 13MM, EXTENDED HANDLE**
WRENCH, 13MM, EXTENDED HANDLE
Manufacturer: SMITH & NEPHEW, INC.
Contractor: SMITH & NEPHEW, INC. [V797P-4403A] (o)

**$159.40** EA
14 days delivered ARO

**Can't find what you're looking for?**
**Click here to have a Customer Representative contact you**
**Or call GSA Customer Service toll free at**
**800-488-3111**
**Representatives available 7:00 AM - 6:00 PM**
**Monday through Friday**