# Exhibit 5



# FSS 101 – TRAINING

## GETTING STARTED WITH THE

### VA FSS Program





2



# Federal Supply Schedule Program

**GSA**
(All other commodity/service groups)

**NAC**
(Medical related Supplies/services)

**Authority** – GSA delegated to Veterans Affairs National Acquisition Center the responsibility for the Federal Supply Schedule program for medical care related supplies, equipment, pharmaceuticals and services.



# WHAT IS THE FSS PROGRAM?

- Listing of contracts to multiple companies supplying comparable commercial supplies and services.

- National contracts awarded to responsible vendors to provide supplies and services at established prices, terms and conditions.

3



# WHAT IS THE FSS PROGRAM?

- Historically, just about any type of commercial item the government uses from paper clips, to fire engines were on FSS.

- Federal Acquisition Streamlining Act in 1994 and Clinger Cohen Act in 1996 expanded the definition of commercial item to include services.

- With the new flexibilities available through procurement reform, FSS program was expanded to include services.

4



# WHAT IS THE FSS PROGRAM?

## Structure

- Product/Service Groups delineated by Federal Supply Class (FSC)/Product Service Codes (PSC).

  - 65 & 66 – medical-related
  - 621 – medical service-related

- Products/Services also further delineated by Special Item Numbers (SIN) and Subcategories.

5



# FEDERAL SUPPLY SCHEDULE PROGRAM

## Type
- Multiple Award Contract
- Indefinite Delivery, Indefinite Quantity (IDIQ)
- Guaranteed minimum/maximum (varies per commodity)
- Fixed-Price Contract with Economic Price Adjustment
- Open and Continuous Solicitation Cycle
- They are multi-year (5 years base), with option to extend for up to an additional 5 years (all expect 65IB – pharmaceuticals)

## Scope
- National and World-Wide Coverage contracts awarded to responsible manufacturers, distributors or dealers.

6

# AUTHORIZED USERS

- Authorized Users – All Federal Agencies and activities in the Executive, Legislative, and Judicial Branches

  - VA, DOD (& Coast Guard), Bureau of Prisons, Indian Health Services, etc.

  - Includes State Veteran Homes with Sharing Agreements

  - FAR Part 51 authorized representatives

  - State and Local Entities under Disaster Recovery

  - GSA Website for agency eligibility:

    • http://www.**gsa**.gov/**eligibility-gsa**source



7

8

# CONTRACTOR BENEFITS



- Closely mirrors commercial buying practices.

- Streamlined contract vehicle for selling to the entire Federal Government.

- New supplies/services may continually be introduced to the system.

- Ordering activities place orders directly with vendors.

- Participation with just-in-time distribution
  - Pharmaceutical Prime Vendor
  - Med/Surg Prime Vendor



# AGENCY/ORDERING FACILITY BENEFITS

- Ordering activities are not required to synopsize/advertise.  http://www.fedbizopps.gov

- Prices have already been determined fair and reasonable.

- All ordering activities, large or small, even those in remote locations, are provided with the same services, convenience, and pricing.

- Shorter lead-times, lower administrative costs.

- Enables the customer to focus on the quality of the product or service acquired and not the process to acquire it.

9



# FEDERAL SUPPLY SCHEDULE SERVICE

## OVERVIEW OF THE VA SCHEDULES SERVICE

65 I B - Drugs and Pharmaceutical-related Products

65 II A - Medical Equipment and Supplies

65 II C - Dental Equipment and Supplies

65 II F - Patient Mobility Devices

65 V A - X-Ray Film, Equipment and Supplies

65 VII - Diagnostic, Reagents, Test Kits and Sets

66 III -Cost-Per-Test for Clinical Laboratory Analyzers

621 I - Professional and Allied Healthcare Staffing Services

621 II - Medical Laboratory Testing and Analysis Services

10



# FEDERAL SUPPLY SCHEDULE PROGRAM CHARACTERISTICS



- Product Availability- Similar and Identical products are available from multiple sources (more than one contractor) providing a variety of products and services.

- Competition – FAR Part 8 requires review of 2 or more

- Other Terms and Conditions are incorporated into individual contracts, such as:
  - Delivery terms
  - Return goods policy
  - Warranty and liability statements

- Open & Continuous Solicitations – Vendors may submit offers at any time. This allows contractors to provide the latest technology to Federal customers.

11



# FEDERAL SUPPLY SCHEDULE PROGRAM CHARACTERISTICS

- **Worldwide Deliveries:**
  - Domestic (48 Contiguous States, DC, Hawaii, Alaska and Puerto Rico)
  - Overseas (Overseas destination other than AK, HI & PR)
- **FOB Destination Pricing (except 65 VII)** 52.247-34 *(Refer to Attachment 3)*
  - At a minimum, includes the 48 Contiguous States and DC.
- **Use of Government Purchase Card (Smart Pay Program)** for micro purchases (at or below $3,000). Mandatory
- **Economic Price Adjustments (EPA)** Allows consideration of price increases. At least a 30 day lapse and no increase within 60 days of contract expiration.
- **Order Limitations - Maximum order** 52.216-19
- **Disaster Recovery Program –**
  - Public Law 109-364, John Warner National Defense Authorization Act
  - Use of Federal Supply Schedule Contracts by Certain Entities – Recovery Purchasing (Feb 2007) 552.238-80 *(Refer to Attachment 3)*



12



# CONTRACTOR COMPLIANCE

- Equal Employment Opportunities Compliance (If estimated award value is over $10 million)

- All products must be in compliance with the Trade Agreements Act

- Dealer/Distributors must submit a manufacturer commitment letter/statement of support

- FDA Approval for pharmaceuticals

- 510K pre-market approval for medical & surgical items

- Dun & Bradstreet (D&B), http://www.dnb.com

- Central Contractor Register http://www.ccr.gov

- On-line Representations & Certifications Application http://orca.bpn.gov

- VETS-100 https://vets100.dol.gov

- VetBiz http://vip.vetbiz.gov

13



# TRADE AGREEMENTS ACT

## FAR 52.225-5 TRADE AGREEMENTS (NOV 2007)

- Buy American Act does not apply to FSS contracts

- Substantially transformed (wholly different product) are accepted

- Customs website:

  http://www.customs.ustreas.gov/

14



# TRADE AGREEMENTS ACT

**DESIGNATED COUNTRY END PRODUCT:** a WTO GPA country end product, an FTA country end product, a least developed country end product, or a Caribbean Basin country end product.

**(1) WORLD TRADE ORGANIZATION GOVERNMENT PROCUREMENT AGREEMENT (WTO GPA) COUNTRIES:**
Aruba, Austria, Belgium, Bulgaria, Canada, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hong Kong, Hungary, Iceland, Ireland, Israel, Italy, Japan, Korea (Republic of), Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Netherlands, Norway, Poland, Portugal, Romania, Singapore, Slovak Republic, Slovenia, Spain, Sweden, Switzerland, United Kingdom

**(2) FREE TRADE AGREEMENT (FTA) COUNTRIES:**
Australia, Bahrain, Canada, Chile, Dominican Republic, El Salvador, Guatemala, Honduras, Mexico, Morocco, Nicaragua, Singapore

**(3) LEAST DEVELOPED COUNTRIES:**
Afghanistan, Angola, Bangladesh, Benin, Bhutan, Burkina Faso, Burundi, Cambodia, Cape Verde, Central African Republic, Chad, Comoros, Democratic Republic of Congo, Djibouti, East Timor, Equatorial Guinea, Eritrea, Ethiopia, Gambia, Guinea, Guinea-Bissau, Haiti, Kiribati, Laos, Lesotho, Madagascar, Malawi, Maldives, Mali, Mauritania, Mozambique, Nepal, Niger, Rwanda, Samoa, Sao Tome and Principe, Senegal, Sierra Leone, Solomon Islands, Somalia, Tanzania, Togo, Tuvalu, Uganda, Vanuatu, Yemen, Zambia

**(4) CARRIBEAN BASIN COUNTRIES:**
Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Costa Rica, Dominica, Grenada, Guyana, Haiti, Jamaica, Montserrat, Netherlands Antilles, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, Trinidad and Tobago

15



# FSS SOLICITATION PACKAGE

- **SOLICITATION**: a document that contains terms and conditions that apply to the procurement as well as identifications of products and services solicited and the time of performance of any ensuing contract.

- Each program has its own solicitation package

- A solicitation becomes an offer when a contractor completes, signs and submits it.

- A completed solicitation package typically contains the solicitation, brochure/literature, 1 copies of the offeror's commercial pricelist and any related attachments.

16



# SOLICITATION PACKAGE - CONTENT

17

- Cover Page Notices
- Standard Form 1449 – Solicitation/Contract/Order for Commercial Items
- Schedule of Items (SIN)
- Clauses
- Commercial Sales Practices
- Other Related Attachments
  - Contractor Signature Authority Form
  - Subcontracting Plans
  - Past Performance



18

# HOW TO COMPLETE THE SOLICITATION PACKAGE

- **Cover Pages Notices**
  - General Information
  - Notice of significant changes (since last issuance)
  - Trade Agreements Act
  - Solicitation Checklist
  - Important clauses
  - DO NOT SUBMIT COVER PAGES WITH YOUR PROPOSAL

- **Standard Form 1449**
  - 1st page to complete
  - Name & Address – important
  - Signed by the authorized signatory denoted in the Signatory Authority Form



19

# HOW TO COMPLETE THE SOLICITATION PACKAGE

- **Clauses**
  - Vendor must accept ALL clauses – as such, vendors are encouraged to read all clauses and provisions
  - Complete all necessary sections
    (use checklist included in the cover pages)

- **Commercial Sales Practices (CSP)**
  - Disclosure of commercial sales practices
    - Identify all commercial customers that receive equal to or better than the proposed Government pricing
    - Discounts
    - Volume requirements
    - FOB Terms *(Refer to Clause 52.247-34)*
    - Additional Concessions



# How to Complete the Solicitation Package



## Commercial Sales Practice (CSP)

Note: Please refer to clause 552.212-70, PREPARATION OF OFFER (MULTIPLE AWARD SCHEDULE), for additional information concerning your offer. Provide the following information for each SIN (or group of SINs or SubSIN) for which information is the same.

1.  Provide the dollar value of **sales to the general public** at or based on an established catalog or market price during the previous 12 month period or the offerors last fiscal year.

    SIN $ _____          SIN $ _____

    State beginning and ending of the 12 month period. Beginning _____ Ending _____ In the event that a dollar value is not an appropriate measure of the sales, provide and describe your own measure of the sales of the item(s).

2.  Show your total **projected annual sales to the Government** under this contract for the contract term, excluding options, for each SIN offered. If you currently hold a Federal Supply Schedule contract for the SIN the total projected annual sales should be based on your most recent 12 months of sales under that contract.

    SIN $ _____     SIN $ _____          SIN $ _____

3.  Based on your written discounting policies (standard commercial sales practices in the event you do not have written discounting policies), are the discounts and any concessions which you offer the Government equal to or better than your best price (discount and concessions in any combination) offered to any customer acquiring the same items regardless of quantity or terms and conditions?

    YES _____ NO _____ . See definition of "concession" and "discount" in 552.212-70.

4.  (a) Based on your written discounting policies (standard commercial sales practices in the event you do not have written discounting policies), provide information as requested for each SIN (or group of SINs for which the information is the same) in accordance with the instructions at Table 515-1 which is provided in this solicitation for your convenience. The information should be provided in the chart below or in an equivalent format developed by the offeror. Rows should be added to accommodate as many customers as required.

*(Refer to clause 552.212-70)*

20



# HOW TO COMPLETE THE SOLICITATION PACKAGE

## Commercial Sales Practice (CSP)

| Column 1- Customer | Column 2 – Discount | Column 3- Quantity/Volume | Column 4 – FOB Term (Destination or Origin) | Column 5 – Additional Discounts or Concessions (Include Prompt Payment Discount and Annual Rebate) |
|---|---|---|---|---|
| | **SAMPLE** | | | |
| XYZ Company | 40% | 1 | Destination | 10% Net20 days, additional 5% for 5 or more |
| ABC Company | 40% | 1 | Origin | Net30 days |

The company information above is for demonstration purposes only

(b)  Do any deviations from your written policies or standard commercial sales practices disclosed in the above chart ever result in better discounts (lower prices) or concessions than indicated? YES _____ NO _____ If YES, explain deviations in accordance with the instructions at Table 515-1 which is provided in this solicitation for your convenience

*The information provided herein does not reflect real companies or any actual disclosed information.  The information provided in this presentation is for training purposes only.*



21



# HOW TO COMPLETE THE SOLICITATION PACKAGE

## Commercial Sales Practice (CSP)
*Submitting proposed pricing format*

| SIN | Item # | Short Description | Commercial List Price | Proposed Gov't Discount Off List Price | Proposed FSS Price* | MFC** Discount Off List Price | MFC Net Price | MFC Name |
|---|---|---|---|---|---|---|---|---|
| SIN | 12345 | Widgets | $100.00 | 45% | $55.14 | 40% | $60.00 | XYZ Company |
| | | | | | | | | |
| | | | | | | | | |

SAMPLE

*Proposed FSS Price is to be inclusive of F.O.B. Destination and the Industrial Funding Fee – Clause 552.238-76 (0.25% or 1%) – **(Refer to Attachment #3)**
**MFC – Most Favored Commercial Customer

**Note**: Commercial list price is your retail catalog pricing.
**Note**: The proposed Government pricing should include FOB Destination, discounted pricing and the IFF fee.  It should also be submitted to the Contracting Officer in an excel format.

*The information provided herein does not reflect real companies or any actual disclosed information.  The information provided in this presentation is for training purposes only.*



22



# HOW TO COMPLETE THE SOLICITATION PACKAGE

23



## Commercial Sales Practice (CSP)

(5.)   If you are a dealer/reseller without significant sales to the general public, you should provide manufacturers' information required by paragraphs (1) through (4) above for each item/SIN offered, if the manufacturer's sales under any resulting contract are expected to exceed $500,000. You must also obtain written authorization from the manufacturer(s) for Government access, at any time before award or before agreeing to a modification, to the manufacturer's sales records for the purpose of verifying the information submitted by the manufacturer. The information is required in order to enable the Government to make a determination that the offered price is fair and reasonable. To expedite the review and processing of offers, you should advise the manufacturer(s) of this requirement. The contracting officer may require the information be submitted on electronic media with commercially available spreadsheet(s). The information may be provided by the manufacturer directly to the Government. If the manufacturer's item(s) is being offered by multiple dealers/resellers, only one copy of the requested information should be submitted to the Government. In addition, you must submit the following information along with a listing of contact information regarding each of the manufacturers whose products and/or services are included in the offer (include the manufacturer's name, address, the manufacturer's contact point, telephone number, and FAX number) for each model offered by SIN:

a.   Manufacturer's Name

b.   Manufacturer's Part Number

c.   Dealer's/Reseller's Part Number

d.   Product Description

e.   Manufacturer's List Price

f.   Dealer's/Reseller's percentage discount from List Price or net prices



24

# HOW TO COMPLETE THE SOLICITATION PACKAGE

## Dealer/Reseller with low or insignificant sales

- Must submit MFR CSP information

- MFR data may be audited

- Tracking mechanism is not customer for PRC (price reduction clause)

- MFR data needed for product addition modifications



# HOW TO COMPLETE THE SOLICITATION PACKAGE

– Provide a complete justification if the Government is not offered equal to or better than your best commercial customer pricing

– Provide copies of commercial agreements, when relevant

– Contracting Officer will request additional information as needed to support the proposal data

25



26

# HOW TO COMPLETE THE SOLICITATION PACKAGE

- Timeframes for submission
  - For follow-on contract – coordinate with enough time to meet expiration date
  - For new – at vendor's discretion

- Assigned/Reviewed/Clarifications, etc.
  If not completely correct, the Contracting Officer will work with the vendor to provide an opportunity to submit additional information to update minor deficiencies/clarifications.

- Questions – Contact your assigned Contracting Specialist



27

# PROPOSAL SUBMISSION REVIEW

## Pre-award reviews:

- Assigned CO will review offer to ensure it is current, accurate, and complete

- Office of the Inspector General (OIG) will review offers where the estimated value exceeds $3 million to $5 million per year (dependent upon commodity)



28

# PROPOSAL SUBMISSION ANALYSIS

## Government Contract Specialist will:

- Identify proposed items

- Identify proposed discounts

- Identify proposed commercial pricelist

- Identify other proposed concessions/terms, i.e.:
  - Quantity
  - Installation
  - Warranty
  - Incentive programs
  - Return goods policy
  - Prompt payment terms
  - Rebates
  - Value Added Services (VAS)



29

# PROPOSAL SUBMISSION
# PRICE ANALYSIS



Purpose

- Identify price objectives

- Foundation for strategy

- Review against current FSS contracts

- Factors that affect objectives:

  - Volumes
  - Current market conditions
  - MFC determination
  - Special concessions, terms/conditions
  - Price adjustment provision



30

# PROPOSAL SUBMISSION PRICE ANALYSIS

## Most Favored Commercial Customer (MFC):

Defined as that customer or class of customer which receive(s) the best discount and/or price arrangement on a given item from a supplier. The term includes any entity which does business with the supplier. In MAS contracting, the Government's negotiation objectives are developed based on a comparison of the MFC arrangement.



# NEGOTIATION PROCESS

31

## How we negotiate:

– Offers evaluated independently

– Identification of MFC pricing

– Identification of MFC terms and conditions

– Establishment of negotiations targets

– Negotiation discussions – usually conference call

– Final Proposal Revision (FPR) – document from which award decision is made



# NEGOTIATION PROCESS

32

What do we negotiate?

- Tracking Customer
- Basic Discount
- Quantity Discount
- Delivery Terms
- Prompt Payment
- Return Goods Policy
- Expedited Delivery
- Warranty terms

- Installation/Training
- Software License Agreements
- Leasing/Rental Terms
- Annual rebates
- BPA/Incentive Programs
- Distribution Program
- Minimum Orders



# NEGOTIATION PROCESS
## TRACKING CUSTOMER

**TRACKING CUSTOMER**

- Price Reduction Clause *(Clause 552.238-75)*

  – A commercial relationship against which to track awarded pricing

  – Paragraph (a) – Before award of a contract, the CO and the offeror will agree upon:

  - The customer (or category of customers) which will be the basis of award, and

  - The Government's price or discount relationship to the identified customer (or category of customers)

33

34

# NEGOTIATION PROCESS
# TRACKING CUSTOMER

- ## TERMS
  - Agreement of both parties
  - Start with category, helps to avoid future concerns
  - New companies – possible - All Commercial Customers
  - Tracking customer ratio determined by dividing discount relationship to Gov't by discount relationship to agreed upon tracking customer

**Example:** *(refer to proposed sample pricing on slide 22)*
Agreed upon Tracking Customer = XYZ Company
FSS Price at time of award = $55.14
Tracking Customer price at time of award = $60.00
Tracking customer Ratio = $55.14/$60.00

**Ratio = 0.94**





## NEGOTIATION PROCESS
## TRACKING CUSTOMER

**VERY IMPORTANT**

- Agreed to tracking customer and subsequent ratio will affect price changes (price reductions and economic price adjustments)

- If the ratio is disturbed with a decrease to commercial customer, the Government must automatically be offered the same discount

- If tracking customer did not receive increase, Government cannot

35



36

# NEGOTIATION PROCESS
## TRACKING CUSTOMER

- Included in award documents:

  "If the identified tracking customer's contract/agreement has been cancelled, terminated, has expired, or the tracking customer has merged with another group, the CO shall be notified within 10 calendar days after the event occurs, and, if possible, before the event occurs."





## Tracking Customer Example
*(refer to proposed sample pricing on slide 22)*

Awarded FSS price:                          $56.14

MFC price at award:                         $60.00

List price at award:                        $100.00

Awarded tracking customer =(MFC)    XYZ Company

Tracking customer changed price:            $75.00

List Price Change:                          $125.00

*What would be the acceptable Government price increase?*

37



# NEGOTIATION PROCESS TRACKING CUSTOMER

38

**Tracking Customer Example**

## Answer:

1) Ratio = $56.14/$60 = .94
2) Commercial pricelist change noted
3) Apply ratio to current tracking customer:

Ratio times new tracking customer price

.94($75) = $70.50

*The highest price that can be accepted by the Gov't would be limited to $70.50.*



# NEGOTIATION PROCESS
# TRACKING CUSTOMER



**Scenario 1:**
Awarded FSS price:                    $87.50
MFC price at award:                   $175.00
List price at award:                  $225.00
Awarded tracking customer =           (MFC): XYZ Company

*What would be the Tracking Customer Ratio?*
=(FSS Price / MFC Price) = ($87.50 / $175.00) = .50          **.50**

Your firm would like to implement the EPA clause and increase the price of a product:
Tracking customer changed price:      $225.00
List Price Change:                    $300.00

*What would be the highest price that your firm can charge the Government?*
= (TC price * Awarded Ratio) = ($225.00 * .50) = $112.50     **$112.50**

Your firm has reduced the price to the Tracking Customer and the price reduction clause has been triggered.
Tracking customer changed price:      $150.00
List Price Change:                    $200.00

*What would be the highest price that your firm can charge the Government?*
= (TC price * Awarded Ratio) = ($150.00 * .50) = $75.00      **$75.00**

39



# NEGOTIATION PROCESS
# FINAL PROPSAL REVISION (FPR)

40

- Reiteration of all negotiated points

  – Will include pricing, terms and conditions

  – Award decision made from this document

  – Must be signed by an authorized signatory



41

# AWARD DECISION

- ## Determining factors:

  - Is it in the best interest of Government?

  - Did we achieve a fair and reasonable price?

  - Did offeror complete all certifications and regulatory requirements in their entirety?

  - Is past performance history satisfactory?

  - Are they financially capable?

If yes to all --- contract is awardable.





# FSS PRICELIST REQUIREMENTS

- **PRINTED PAPER PRICELIST (within 30 days of award)**

  – Suggested format for the supplemental and cumulative pricelists can be found in Clause I-FSS-600 and Contract Award Letter

  – Submit draft for CO review and approval prior to distribution

  – Mail final pricelist to:
    - FSS Contracting Officer   (1 copies)

  – Provide authorized pricelist to FSS customer's upon request.

- **NAC-CM DATABASE PRICELIST (within 30 days of award)**

  – Complete the spreadsheet provided by your assigned CO

- **GSA ADVANTAGE PRICELIST (within 6 months of award)**

  – http://www.vsc.gsa.gov

42



43

# SUBCONTRACTING PLAN FAR 19.702

- Required when:

  – Large business with 500 employees

  – Estimated contract or modification value ≥ $550,000 ($1 million for construction)





44

# SUBCONTRACTING PLAN

Recent Major Changes:

1. Plan is based on Government fiscal year (OCTOBER 1 – SEPTEMBER 30)

2. Achievement reports are due 30 days after the end of the fiscal year





45

# SUBCONTRACTING PLAN



More Information:

View online Training Webinar

Veronica Hazen
veronica.hazen@va.gov

or

708-786-5145



# SUMMARY SUBCONTRACTING ACHIEVEMENT REPORT

- Annually input subcontracting summary achievement report data
  - **Electronic Subcontracting Reporting System (eSRS)**

- **http://www.esrs.gov/**

Online Training



46



# e-SRS TRAINING/ASSISTANCE

- SBA Commercial Market Representatives
  Website: http://www.sba.gov/GC/cmr.html

- e-SRS Contractor User Training
  Powerpoint Presentation
  Website: http://www.esrs.gov

- Help Desk for technical questions
  E-mail address: Help@esrs.gov

- SBA for questions regarding subcontracting policy

47



# FSS RELATED PROGRAMS

- **STANDARDIZATION** – Federal initiative to award national contracts or Blanket Purchase Agreements to preferred sources in order to standardize the VA's purchasing of products while securing the lowest possible pricing or best value procurement.

- **GOVERNMENT PRIME VENDOR** – affords participating VA ordering facilities a vehicle to do one-stop shopping for just-in-time delivery of pharmaceutical and medical/surgical products.

  – Product demand must be shown to require stocking

  – Sales fall under FSS contract, unless National Contract Vehicle

- **DISTRIBUTION & PRICING AGREEMENTS (DAPA)** – affords participating DOD ordering facilities a vehicle to do one-stop shopping for just-in-time delivery of pharmaceutical and medical/surgical products.

48



49

# E-COMMERCE TOOLS

VA NAC Homepage
http://www1.va.gov/oamm/oa/nac/index.cfm

NAC Contract Catalog Search Tool
http://www1.va.gov/nac/

Schedules E-Library (schedule information)
http://www.gsaelibrary.gsa.gov

GSA Advantage! / e-Buy (GSA Schedule 70, SIN 152-51)
http://www.gsaadvantage.gov



# E-COMMERCE TOOLS

GSA's Vendor Training Website

http://vsc.gsa.gov/training/online_training_reg.cfm

VA PBM for pharmaceuticals

http://www.pbm.va.gov/PBM/prices.htm

50



# FSS DIRECTOR & ASSISTANT DIRECTORS CONTACT

51

## Carole O'Brien
Director, Federal Supply Schedule Service

(708) 786-4957
carole.obrien@va.gov

## Cheryl Ward-Roberts
Assistant Director, Pharmaceutical, Dental and Other

(708) 786-5259
cheryl.ward-roberts@va.gov

## Dore Fessler
Assistant Director, Medical Services

(708) 786-5223
dore.fessler@va.gov

## Paul Skalman
Assistant Director, Medical Equipment and Supplies

(708) 786-5247
paul.skalman@va.gov

# SCHEDULE PROGRAM MANAGERS

52



**Monee Robinson**
65IIA -Medical Equipment and Supplies
(708) 786-5183
monee.robinson@va.gov

**Lynda O'Neill**
65 IIC - Dental Equipment and Supplies
65IIF - Patient Mobility Devices
65 VA - X-Ray Equipment and Supplies
(708) 786-4958
lynda.oneill@va.gov

**Bob Satterfield**
65 IB - Pharmaceuticals
65 VII - Diagnostics, Reagents, Test Kits & Sets
(708) 786-4955
bob.satterfield@va.gov

**Andrew Morgan**
621 II – Medical Laboratory Testing and Analysis
66 III – Cost-Per-Test, Clinical Laboratory
Analyzers
(708) 786-4950
andrew.morgan@va.gov

**Linda Smith**
621 I – Professional and Allied Healthcare
Staffing
Teleradiology Initiative
(708) 786-5194
linda.smith@va.gov



# SCHEDULE SUPPORT & GENERAL INFORMATION

53

## FSS SUPPLY HELP DESK

(p) (708) 786 – 7737

(f) (708) 786 – 4975

(e) helpdesk.ammhinfss@va.gov

(w) http://www1.va.gov/oamm/oa/nac/index.cf m

## FSS SERVICE HELP DESK

(p) (708) 786 – 7722

(v) (888) 801 – 7210

(f) (708) 786 – 5828

(e) helpdesk.fss621i@va.gov

(w) http://www1.va.gov/oamm/oa/nac/fsss/fssproftrain.cfm