# Exhibit 6

Advertised: 2-9-09 | Closing Date: 1-10-09.

## straitsorthopaedics
Dedicated to improving the quality of your life

# Straits Orthopaedics (Mfg) Sdn Bhd

Straits Orthopaedics (Mfg) Sdn Bhd ("Straits") is a Malaysian company situated at Teluk Kumbar. Straits is a medical devices manufacturer and our principal business is the production, cleaning and packaging of orthopaedics devices and accessories (trauma and reconstructive) and wound care products. Mainly, all our product are exported to our customers in the United States of America.

Straits is a company certified with ISO 13485:2003 and ISO 9001:2000. Currently, we have approximately 400 employees and due to our expansion, we are looking for qualified candidate to join our team as :

## Process Engineers
(Penang - Teluk Kumbar, Penang)

**Responsibilities:**

- Monitor process performance indices on qualified processes and establish good controls to maintain process performance
- Troubleshoot process issue, identify root cause and work with other departments to establish new process
- Prepare manufacturing work instruction plan and operating procedures for new process requirement
- To ensure that the process operates at optimum level with consideration to cost, quality and delivery
- Participate in activities regarding time study and process improvements
- Assist in the development of training and provide training to production personnel during new product transfer

**Requirements:**

- Candidate must possess at least a Bachelor's Degree, Post Graduate Diploma or Professional Degree in Engineering (Bioengineering/Biomedical), Engineering (Material Science), Engineering (Mechanical), Engineering (Metal Fabrication/Tool & Die/Welding), Engineering (Industrial) or equivalent.
- Required skill(s): Process control skills, process capability studies skills, understanding of technical drawing.
- Preferred skill(s): machining skills, knowledge of ISO.
- Required language(s): Bahasa Malaysia, English
- At least 1 year(s) of working experience in the related field is required for this position.
- Preferably Junior Executives specializing in Engineering - Industrial or equivalent. Job role in Industrial/Production Engineer or equivalent.
- 1 Full-Time positions available.
- Applicants should be Malaysian citizens or hold relevant residence status.

Interested applicants are invited to **apply online or write / fax-in** your detailed resume stating personal particulars, qualification, employment history, remuneration expected, contact number and a passport-sized photograph (n.r.) to:

**Straits Orthopaedics (Mfg) Sdn Bhd**
(Advert @ JobStreet.com)
2, Lengkok Teluk Kumbar 1
Jalan Teluk Kumbar
11920 Bayan Lepas
Penang

**Fax: 04-6494900**

Only shortlisted candidates

Click Here to Apply

 Email to Friends          View Similar Jobs
 Save This Job             View Salary Report
Report Advertisement

**Straits Orthopaedics (Mfg) Sdn Bhd**
2, Lengkok Teluk Kumbar 1 Jalan Teluk Kumbar Bayan Lepas 11920.

Privacy Policy ~ Copyright © 2010 JobStreet.com