# Exhibit 7

WEDNESDAY, DECEMBER 02, 2009 1:03:26 PM

# USASPENDING.GOV

| HOME | ABOUT | SPENDING | DOWNLOADS | RELATED RESOURCES | DATA QUALITY | FAQ |



**BY CONTRACTOR**
Search by name: [     ] Go
Top 100 Contractors (2009) Go
- Awards by contractor state
- Awards by cong. district of contractor
- Advanced search for contractors

**BY PLACE OF PERFORMANCE**
Overview of congressional districts Go
State: Alabama Go
- Advanced search by place of performance

**BY CONTRACTING AGENCY**
Overview by major agency Go
- Advanced search by agency

**OTHER**
- By competition process used
- By Type of Contract Used
- By product or service purchased
Competition and service, 2009 Go

## Contracts to Contractor(s) "Smith & Nephew" (FY 2000-2009)

Summary

**Search Criteria Used (More)**

| | |
|---|---|
| Federal Fiscal Year | ALL |
| Level of Detail | Summary |
| Output | HTML |

Show only Recovery Act contracts data

Total dollars: $2,114,029,040
Total number of contractors: 12
Total number of transactions: 28,636

### Extent of Competition



34.70%
0.00%
14.20%
3.55%
8.40%
1.37%
37.78%

| | | |
|---|---|---|
| ■ | Available for everyone for competition | $798,716,626 |
| ■ | Everyone could compete, but only one bid or offer was received | $75,002,414 |
| ■ | Competition within a limited pool | $300,187,584 |
| ■ | Actions necessary to continue existing competitive contracts for continuity (until the next one could be competed) | $6,909 |
| ■ | Available only for groups such as disabled persons, prisoners, and regulated utilities | $733,591,869 |
| ■ | Not competed for an allowable reason | $177,617,791 |
| ■ | Not identified, soon to be addressed | $28,905,847 |

### Top 5 Products or Services Sold

| | |
|---|---|
| Miscellaneous Items | $887,951,752 |
| Office Supplies | $432,449,079 |
| Maintenance, Repair and Rebuilding of Equipment -- Medical, Dental, and Veterinary Equipment and Supplies | $305,877,613 |
| Lease or Rental of Equipment -- Medical, Dental, and Veterinary Equipment and Supplies | $134,090,236 |
| Medical and Surgical Instruments, Equipment, and Supplies | $125,483,627 |

### Top 5 Contracting Agencies Purchasing from Contractor(s)

| | |
|---|---|
| AIR FORCE, Department of the (Headquarters, USAF) | $591,084,451 |
| VETERANS AFFAIRS, Department of | $576,499,732 |
| ARMY, Department of the (except Corps of Engineers Civil Program Financing) | $553,730,244 |
| Offices, Boards and Divisions (includes Attorney General, etc.) | $208,218,784 |
| U.S. Marshals Service | $63,682,082 |

### Top 10 Contractors

| | |
|---|---|
| Small Business Consolidated Reporting | $1,316,233,900 |
| Gpc Consolidated Reporting | $736,380,425 |
| Smith & Nephew, Inc. | $35,569,407 |
| SMITH & NEPHEW PLC | $18,262,425 |
| Grand Slam Holdings, LLC | $3,353,434 |
| Patterson Medical Supply, Inc. | $2,154,951 |
| BSN medical Mezzanine Holding GmbH | $696,574 |
| SMITH & NEPHEW GMBH (unknown parent company, no D&B number) | $671,849 |
| Smith & Nephew Richards | $379,187 |
| Smith Nephew Inc | $204,069 |

### Type of Contract Used



94.35%
0.00%
3.25%
2.05%
0.00%
0.07%
0.11%
0.16%

| | | |
|---|---|---|
| ■ | Fixed Price | $1,994,553,444 |
| ■ | Cost Type | $31,694 |
| ■ | Time and Material | $68,723,097 |
| ■ | Labor Hours | $43,507,318 |
| ■ | Contracts that allow the orders to be priced differently than the basic contract | $0 |
| ■ | Contracts that used a combination of the | $1,551,816 |

WEDNESDAY, DECEMBER 02, 2009 1:09:12 PM          Provide Feedback | Site Map | Contact Us | Last updated on November 12, 2009

# USASPENDING.GOV

HOME | ABOUT | SPENDING | DOWNLOADS | RELATED RESOURCES | DATA QUALITY | FAQ



BY CONTRACTOR
- Search by name: [   ] Go
- Top 100 Contractors (2009) Go
- Awards by contractor state
- Awards by cong. district of contractor
- Advanced search for contractors

BY PLACE OF PERFORMANCE
- Overview of congressional districts Go
- State: Alabama Go
- Advanced search by place of performance

BY CONTRACTING AGENCY
- Overview by major agency Go
- Advanced search by agency

OTHER
- By competition process used
- By Type of Contract Used
- By product or service purchased
- Competition and service, 2009 Go

PRINTER-FRIENDLY

Contracts to SMITH & NEPHEW PLC
(FY 2000-2009)

Summary

Search Criteria Used (More)

| Federal Fiscal Year | ALL |
| Level of Detail | Summary |
| Output | HTML | Go |

 Show only Recovery Act contracts data

Total dollars: $18,262,425
Total number of contractors: 1
Total number of transactions: 4,223

Extent of Competition



47.72%
28.54%
3.53%
2.95%
9.36%
7.87%
0.04%

| | | |
|---|---|---|
| ■ | Available for everyone for competition | $538,411 |
| ■ | Everyone could compete, but only one bid or offer was received | $1,710,000 |
| ■ | Competition within a limited pool | $1,436,865 |
| ■ | Actions necessary to continue existing competitive contracts for continuity (until the next one could be competed) | $6,909 |
| ■ | Available only for groups such as disabled persons, prisoners, and regulated utilities | $5,212,279 |
| ■ | Not competed for an allowable reason | $8,714,051 |
| ■ | Not identified, soon to be addressed | $643,909 |

Type of Contract Used



98.82%
0.00%
0.02%
0.00%
0.00%
0.00%
0.02%
1.15%

| | | |
|---|---|---|
| ■ | Fixed Price | $18,046,353 |
| ■ | Cost Type | $0 |
| ■ | Time and Material | $3,243 |
| ■ | Labor Hours | $0 |
| ■ | Contracts that allow the orders to be priced differently than the basic contract | $0 |
| ■ | Contracts that used a combination of the above | $0 |

### Top 5 Products or Services Sold

| | |
|---|---|
| Medical and Surgical Instruments, Equipment, and Supplies | $14,818,636 |
| Hospital Furniture, Equipment, Utensils, and Supplies | $1,605,181 |
| Maintenance, Repair and Rebuilding of Equipment -- Medical, Dental, and Veterinary Equipment and Supplies | $1,074,666 |
| Surgical Dressing Materials | $275,758 |
| Ophthalmic Instruments, Equipment, and Supplies | $109,987 |

### Top 5 Contracting Agencies Purchasing from Contractor(s)

| | |
|---|---|
| VETERANS AFFAIRS, Department of | $9,504,252 |
| ARMY, Department of the (except Corps of Engineers Civil Program Financing) | $4,500,106 |
| NAVY, Department of the | $3,571,807 |
| AIR FORCE, Department of the (Headquarters, USAF) | $318,306 |
| Defense Logistics Agency | $178,789 |

### Top 10 Contractors

| | |
|---|---|
| SMITH & NEPHEW PLC | $18,262,425 |

### Top 5 Known Congressional Districts where Work is Performed

| | |
|---|---|
| Invalid district: TN09 | $2,338,142 |
| Invalid district: TX09 | $1,814,679 |
| District of Columbia nonvoting (Eleanor Holmes Norton) | $1,504,646 |
| Florida 01 (Jeff Miller) | $887,165 |
| Arkansas 02 (Vic Snyder) | $782,402 |

Trend

| | | |
|---|---|---|
| | pricing arrangements | |
| ■ | Awards only, where none of the above pricing arrangements apply | $2,956 |
| ■ | Unknown | $209,873 |

2000
2001
2002
2003
2004
2005
2006
2007
2008
2009

| | |
|---|---|
| 2000 | $102,681 |
| 2001 | $35,400 |
| 2002 | $219,379 |
| 2003 | $733,112 |
| 2004 | $1,296,893 |
| 2005 | $1,330,735 |
| 2006 | $2,703,246 |
| 2007 | $3,826,733 |
| 2008 | $6,115,124 |
| 2009 ? | $1,899,122 |

| Search Criteria Used | |
|---|---|
| Federal Fiscal Year | ALL |
| Level of Detail | Summary |
| Output | HTML |

*END OF REPORT*

This search was done on December 2, 2009.

| | | |
|---|---|---|
| | above pricing arrangements | |
| ■ | Awards only, where none of the above pricing arrangements apply | $2,255,098 |
| ■ | Unknown | $3,406,571 |

Top 5 Known Congressional Districts where Work is Performed

| | |
|---|---|
| District of Columbia nonvoting (Eleanor Holmes Norton) | $490,178,030 |
| Invalid district: TX21 | $77,254,590 |
| Invalid district: VA08 | $65,987,987 |
| Invalid district: OH07 | $57,032,883 |
| Invalid district: ZZ | $51,069,500 |

Trend



| | |
|---|---|
| 2000 | $503,814 |
| 2001 | $463,447 |
| 2002 | $820,565 |
| 2003 | $1,436,024 |
| 2004 | $3,146,597 |
| 2005 | $7,696,254 |
| 2006 | $11,447,819 |
| 2007 | $1,140,791,302 |
| 2008 | $944,982,046 |
| 2009 | $2,741,171 |

*END OF REPORT*

| Search Criteria Used | |
|---|---|
| Federal Fiscal Year | ALL |
| Parent or Contractor Name | Smith & Nephew |
| Level of Detail | Summary |
| Output | HTML |

This search was done on December 2, 2009.