# Exhibit 8

# 2006 Trauma Upstream Manufacturing Objectives

| 2007 Objectives | Measurement | Target |
|---|---|---|
| ...uisitions and Integrations. | Integration team candidates identified and trained | Date TBD |
| | Integration of China | Date TBD |
| | Integration of major Engineering and QA systems | Date TBD |
| Growth via Malaysia. | Malaysia Cost of Production (includes Recon and Trauma) | $14 Million in 2007 |
| Growth via China. | Savings from China Sourcing (all GBUs) | $2 Million in 2007 |
| ...ities for focused growth. | Update 5 year facilities strategies for GBUs. | Date TBD |
| | Complete R&D remodeling project. | Date TBD |
| | Customer Service Level Overall | ≥ 95% avg for 2007 |
| | Customer Service Level "A" items | ≥ 97% avg for 2007 |
| ...ssed Surgeries. | B/O percent of monthly sets and sales demand | ≤ 3% avg for 2007 |
| | Schedule Adherence | ≥ 10% improvement over 2006 baseline |
| | | ≥ 20% improvement over 2006 baseline |
| | Cycle Time | ≥ 90% avg for Q4 |
| ...g delivered within 24 hours. | Shop Order Due Date Adherence | ≥ 80% avg for 2007 |
| | Set Delivery Due Date Adherence | Complete by 2008 |
| | Distribution transfer project. | |
| ...istrative and manufacturing meet the growth plans of the ...na / CT GBU. | SAP4M Implementation | Go Live 2/5/07. 1st Period Close 3/3/07. Quarter End 4/1/07 |
| ...ft in critical roles quickly. | Hiring cycle time. | 2007 Avg < 3 months |
| ...hat can facilitate more efficient improved team dynamic. | Regrettable losses | ≤ 2 in 2007 |
| | Training compliance rate | ≥ 95% avg in 2007 |
| ...anning down to manager level | on time completion | completion by end Q2 |
| ...ce Management as a Key ...cess process | On time review completion | 100% |
| | Total Recordable Incident Rate | 20% improvement over 2006 baseline |
| ...nd Environmental Leadership | Total Lost Incident Rate | 20% improvement over 2006 baseline |
| | Environmental Incidents | 0 in 2007 |
| | Business disruptions from security incidents. | 0 in 2007 |
| | Cost Reductions in Direct Cost | ≤ $2.3 Million |
| ...hieve COGS. | Manage Manufacturing Capital Spending Budget | ≤ $2.7 Million |
| | Manage Facility Capital Spending Budget | ≤ $8 Million |
| ...f Poor Quality metric and set ...priate target. | Metric created | P1 2007 |
| | Establish metric target | TBD |
| ...y Targets by Year End 2007 | Total value of Raw / Semi-Finished / WIP (Trauma & CT) | ≤ $20.4 Million Dollars |
| | Weeks of Supply for Memphis Plant. | 26 Weeks of Supply |
| ...d Screws (6.5/8.0) | All Product Stock Date Achieved | P2 2007 |
| | Launch Date Achieved | P2 2007 |
| | Recalls on Product | 0 in 2006 |
| ...ws (6.5/8.0) Instruments | All Product Stock Date Achieved | P4 2007 |
| | Launch Date Achieved | P4 2007 |
| | Recalls on Product | 0 in 2006 |
| ...graded Instruments | All Product Stock Date Achieved | P7 2007 |
| | Launch Date Achieved | P7 2007 |
| | Recalls on Product | 0 in 2006 |
| K Upgrades | All Product Stock Date Achieved | P9 2007 |
| | Launch Date Achieved | P9 2007 |
| | Recalls on Product | 0 in 2006 |
| Type B Plates | All Product Stock Date Achieved | P10 2007 |
| | Launch Date Achieved | P10 2007 |
| | Recalls on Product | 0 in 2006 |
| Loc TI Plates | All Product Stock Date Achieved | P12 2007 |
| | Launch Date Achieved | P12 2007 |
| | Recalls on Product | 0 in 2006 |
| Concentration System | All Product Stock Date Achieved | P1 2008 |
| | Launch Date Achieved | P1 2008 |
| | Recalls on Product | 0 in 2006 |
| ...enter Top Ten Projects | Staff as required. | |
| ...tomer perceived quality. | Recalls on product produced in 2007 | 0 in 2007 |
| | Customer Complaints | ≥ 10% reduction avg in 2007 |
| | CAPA Cycle Time | ≤ 30 Days avg in 2007 for all CAR w/o Preventive Action |
| ...cess controls worldwide | CAPA Recurrence | 0 Recurrence |
| | Unit defect rate (# units on a discrepancy ticket / total units produced) | ≥ 20% reduction avg in 2007 |
| ...uality management / process ...uring capability. | Incoming Inspection rejections | 0 Repeat Findings |
| | Vendor related discrepancy tickets | ≤ 30 day avg for 2006 |
| waste from perfect. | Mfg Yield | 95% avg in 2007 |
| | Mfg Scrap | ≥ 15% reduction from 2006 baseline |
| | Some sort of recycling metric. | $ in 2007 |