# Exhibit 9

| VENDOR NUMBER | IMPLANTS | AS A % OF TOTAL IMPLANT SPEND |
|---|---|---|
| THO MALAYSIA SDN. BHD | $ 6,241,046.03 | 26.39% |
| N RICHARDS - GMBH | $ 3,830,228.83 | 16.20% |
| MMETRY MEDICAL | $ 3,225,002.82 | 13.64% |
| RR METAL PRODUCTS | $ 2,417,021.16 | 10.22% |
| RPENTER TECHNOLOGY CORP | $ 2,020,540.20 | 8.54% |
| GNUM TOOL, INC | $ 1,722,500.89 | 7.28% |
| OWN PRECISION | $ 579,397.90 | 2.45% |
| NCO METAL SURFACING | $ 410,945.92 | 1.74% |
| RON TOOL | $ 363,803.99 | 1.54% |
| INTUS, INC. | $ 354,453.62 | 1.50% |
| ORTEX, INC. | $ 309,554.08 | 1.31% |
| N ANODIZING | $ 282,525.23 | 1.19% |
| NDVIK STEEL TUBULAR PRO | $ 200,516.48 | 0.85% |
| YX MEDICAL CORPORATION | $ 199,056.69 | 0.84% |
| ILLIPS PLASTIC CORPORAT | $ 192,557.74 | 0.81% |
| RAGON MEDICAL INC. | $ 174,880.22 | 0.74% |
| UTHEASTERN TECHNOLOGY, | $ 137,043.70 | 0.58% |
| MMETRY POLY-VAC | $ 112,044.19 | 0.47% |
| EC-ENGINEERING COMPANY | $ 110,852.07 | 0.47% |
| CT MFG., LLC | $ 91,512.84 | 0.39% |
| INSTRUMENTS | $ 72,997.93 | 0.31% |
| RLE M JORGENSEN | $ 60,517.69 | 0.26% |
| MMETRY MEDICAL - ULTREX | $ 53,586.66 | 0.23% |
| COMET | $ 48,646.35 | 0.21% |
| MMILL MFG. CO. | $ 46,199.56 | 0.20% |
| STRU-MED | $ 42,981.00 | 0.18% |
| LL & COMPANY INTERNATIO | $ 42,661.29 | 0.18% |
| ANIUM INDUSTRIES, INC. | $ 39,703.34 | 0.17% |
| TOMATICS TOOLING COMPAN | $ 35,554.03 | 0.15% |
| KER ENGINEERING | $ 34,849.88 | 0.15% |
| MPBELL ENGINEERING | $ 33,689.57 | 0.14% |
| J BOND, INC | $ 27,285.16 | 0.12% |
| TRONICS & SKYE | $ 18,611.94 | 0.08% |
| E GRINDING | $ 18,306.89 | 0.08% |
| NDY & HARMON TUBE CO. | $ 17,725.41 | 0.07% |
| ERE PRECISION MEDICAL I | $ 17,013.09 | 0.07% |
| T, INC. | $ 16,471.00 | 0.07% |
| LL-MEMPHIS, INC | $ 15,536.54 | 0.07% |
| LEIS COMPANY INC. | $ 5,307.55 | 0.02% |
| CK PROTOTYPE,INC. | $ 5,289.43 | 0.02% |
| AP-ON TOOLS | $ 4,687.72 | 0.02% |

