# Exhibit 10

*We are smith&nephew*

# Straits Costed Supply Plan
## as of 2-19-08

| as of 2/19 | |
|---|---:|
| Sum of Purchase Orders | $ 2,754,292.17 |
| YTD Receipts | $ 1,823,677.73 |
| Sum of Planned Purchase Orders | $ 9,989,130.71 |
| Sum of Purchase Requisitions | $ 319,561.70 |
| Estimated 2008 Total Spend - Straits | $ 14,886,662.31 |

Sum of Planned Purchase Orders 2008        $   9,989,130.71
*Adjustments to Plan:*

Less: Product Sourced Other Suppliers        $1,408,756

Less: 75% of Trigen Instruments        $        -

2008 Adjuested Plan        $   8,580,374.76

# Dollarized Plan by Product

We are smith&nephew

| Product | 2008 | | | | | | | | | 2008 Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | |
| Cement | | $ 77,886 | $ 119,281 | $ 95,607 | $ 109,923 | $ 27,479 | $ 181,057 | $ 97,814 | $ 102,209 | $ 811,256 |
| Disp - Half Pin Bolts | | $ 2,598 | $ 6,495 | $ 3,897 | $ 3,897 | $ 3,031 | $ 4,763 | $ 3,031 | $ 4,763 | $ 32,475 |
| Disp - PW | $ 47,499 | $ 175,290 | $ 198,076 | $ 247,200 | $ 213,247 | $ 200,975 | $ 246,557 | $ 183,822 | $ 250,183 | $ 1,762,859 |
| Disp - Suture | | $ 5,229 | $ 5,229 | $ 76,629 | $ 76,629 | $ 71,400 | $ 76,629 | $ 5,229 | $ 76,629 | $ 393,603 |
| Instrument - Trigen | $ 10,963 | $ 131,325 | $ 120,988 | $ 55,278 | $ 62,643 | $ 91,119 | $ 94,287 | $ 54,709 | $ 95,582 | $ 716,895 |
| Jet X - Clamps | | $ 179,036 | $ 114,533 | $ 162,294 | $ 160,946 | $ 143,560 | $ 227,043 | $ 103,284 | $ 143,376 | $ 1,234,072 |
| Nail - Humeral | $ 3,372 | $ 50,447 | $ 42,372 | $ 45,115 | $ 34,298 | $ 40,656 | $ 44,546 | $ 31,454 | $ 56,775 | $ 349,036 |
| Nail - Knee | $ 16,644 | $ 142,653 | $ 142,343 | $ 168,668 | $ 132,737 | $ 149,545 | $ 192,526 | $ 113,847 | $ 158,522 | $ 1,217,484 |
| Nail - Sleeves | $ 810 | $ 3,990 | $ 795 | $ 1,590 | $ 795 | $ 3,990 | $ 6,375 | $ 4,785 | $ 4,785 | $ 27,915 |
| Plate - TC100 | | $ 2,617 | $ 6,562 | $ 3,281 | $ 6,562 | $ 3,281 | $ 6,932 | $ 6,638 | $ 7,428 | $ 43,299 |
| RECON | $ 71,751 | $ 115,119 | $ 110,596 | $ 101,503 | $ 133,622 | $ 136,682 | $ 127,670 | $ 95,544 | $ 166,754 | $ 1,059,243 |
| Screws - 5.0 | | | | $ 17,444 | $ 72,355 | $ 67,668 | $ 60,450 | $ 41,102 | $ 50,676 | $ 309,695 |
| Screws - 6.5 | $ 273 | $ 1,322 | $ 2,087 | $ 3,760 | $ 3,554 | $ 3,327 | $ 5,062 | $ 3,931 | $ 4,281 | $ 27,596 |
| Screws - Hex | | $ 10,831 | $ 12,638 | $ 12,035 | $ 11,434 | $ 11,434 | $ 14,443 | $ 7,221 | $ 13,239 | $ 93,274 |
| Screws - Nail Cap | | | $ 632 | | $ 947 | $ 632 | $ 947 | $ 790 | $ 1,421 | $ 5,369 |
| SPG MADE-TO-STOCK | | | | | $ 32 | | $ 195 | $ 130 | | $ 357 |
| TSF - PLATE | | $ 861 | | $ 861 | | $ 861 | $ 861 | | $ 861 | $ 4,306 |
| TSF - Ring | | $ 38,297 | $ 36,253 | $ 49,814 | $ 40,896 | $ 45,495 | $ 60,112 | $ 35,435 | $ 47,620 | $ 353,911 |
| TSF - Strut | $ 26,807 | $ 185,716 | $ 182,511 | $ 211,598 | $ 171,904 | $ 190,260 | $ 204,830 | $ 162,904 | $ 207,425 | $ 1,543,955 |
| TSF - U Plate | | | $ 422 | $ 422 | $ 422 | | $ 422 | $ 422 | $ 422 | $ 2,532 |
| Grand Total | $ 178,120 | $ 1,123,207 | $ 1,101,813 | $ 1,256,996 | $ 1,236,844 | $ 1,191,395 | $ 1,555,715 | $ 952,092 | $ 1,392,950 | $ 9,989,131 |

## Units Planned by Product

We are smith&nephew

| Sum of Total Units | Year | Per | | | | | | | | | 2008 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2008 | | | | | | | | | | |
| Product | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
| Cement | | 5099 | 9731 | 7182 | 9117 | 4778 | 12682 | 6833 | 7899 | | 63321 |
| Disp - Half Pin Bolts | | 300 | 750 | 450 | 450 | 350 | 550 | 350 | 550 | | 3750 |
| Disp - PW | 7862 | 40868 | 46260 | 52406 | 47490 | 45970 | 54634 | 37956 | 52658 | | 386104 |
| Disp - Suture | | 996 | 996 | 15996 | 15996 | 15000 | 15996 | 996 | 15996 | | 81972 |
| Instrument - Trigen | 132 | 1416 | 1536 | 840 | 684 | 1188 | 794 | 720 | 1165 | | 8475 |
| Jet X - Clamps | | 2000 | 1800 | 2600 | 2200 | 2200 | 3300 | 1600 | 2200 | | 17900 |
| Nail - Humeral | 56 | 824 | 688 | 736 | 552 | 664 | 720 | 512 | 928 | | 5680 |
| Nail - Knee | 244 | 2043 | 2041 | 2444 | 1915 | 2162 | 2781 | 1644 | 2289 | | 17563 |
| Nail - Sleeves | 500 | 2500 | 500 | 1000 | 500 | 2500 | 4000 | 3000 | 3000 | | 17500 |
| Plate - TC100 | | 60 | 168 | 84 | 168 | 84 | 174 | 156 | 168 | | 1062 |
| RECON | 5209 | 21148 | 8586 | 9128 | 21555 | 11011 | 22112 | 5884 | 22836 | | 127469 |
| Screws - 5.0 | | | | 1450 | 6000 | 5600 | 5000 | 3400 | 4200 | | 25650 |
| Screws - 6.5 | 50 | 250 | 450 | 750 | 750 | 650 | 1100 | 750 | 900 | | 5650 |
| Screws - Hex | | 900 | 1050 | 1000 | 950 | 950 | 1200 | 600 | 1100 | | 7750 |
| Screws - Nail Cap | | | 40 | | 60 | 40 | 60 | 50 | 90 | | 340 |
| SPG MADE-TO-STOCK | | | | | 1 | | 6 | 4 | | | 11 |
| TSF - PLATE | | 24 | | 24 | 12 | 24 | 24 | 12 | 24 | | 120 |
| TSF - Ring | | 1284 | 1212 | 1656 | 1356 | 1512 | 2004 | 1176 | 1584 | | 11784 |
| TSF - Strut | | 3300 | 3124 | 3700 | 3000 | 3300 | 3600 | 2724 | 3524 | | 26772 |
| TSF - U Plate | 500 | | 12 | 12 | 12 | | 12 | 12 | 12 | | 72 |
| Grand Total | 14553 | 83012 | 78944 | 101458 | 112756 | 97983 | 130749 | 68367 | 121123 | | 808945 |

We are smith&nephew

# Capacities @Straits

| Family | Product | Monthly Capacities | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Grand Total | Avg Per Mth | Percent Utilized |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cement | Cement | | | 5,099 | 9,731 | 7,782 | 9,117 | 4,778 | 12,682 | 6,833 | 7,899 | 63,321 | 7,915 | |
| Half Pin Bolts | Disp - Half Pin Bolts | current plan not an issue | | 300 | 750 | 450 | 450 | 350 | 550 | 350 | 550 | 3,750 | 469 | |
| PWD | Disp - PW | 35,000 | 7,662 | 40,868 | 46,260 | 52,406 | 47,490 | 45,970 | 54,634 | 37,956 | 52,658 | 386,104 | 42,900 | 123% |
| Sutures | Disp - Suture | 15,000 | | 996 | 996 | 15,996 | 15,996 | 15,000 | 15,996 | 996 | 15,996 | 81,972 | 10,247 | 68% |
| Instruments | Instrument - Trigen | No Capacity Data | 132 | 146 | 1536 | 840 | 684 | 1188 | 794 | 720 | 1,165 | 8,475 | 942 | |
| Nails | Nail - Humeral | 5000-6000 per month | 56 | 824 | 688 | 736 | 552 | 664 | 720 | 512 | 928 | 5,680 | 631 | |
| Nails | Nail - Knee | (mix could become an | 244 | 2,043 | 2,041 | 2,444 | 1,915 | 2,162 | 2,781 | 1,644 | 2,289 | 17,563 | 1,951 | 75% |
| Nails | Nail - Sleeves | issue | 500 | 2,500 | 500 | 1,000 | 500 | 2,500 | 4,000 | 3,000 | 3,000 | 17,500 | 1,944 | |
| Plates | Plate - TC100 | purchased from Gmbh STS | | 60 | 68 | 84 | 68 | 84 | 74 | 156 | 168 | 1062 | 133 | |
| Recon | RECON | | 5,209 | 21,148 | 8,586 | 9,128 | 21,555 | 11,011 | 22,112 | 5,884 | 22,836 | 127,469 | 14,163 | |
| Screws | Screws - 5.0 | | | | | 1450 | 6,000 | 5,600 | 5,000 | 3,400 | 4,200 | 25,650 | 4,275 | |
| Screws | Screws - 6.5 | #250/day, 6250/wk, | 50 | 250 | 450 | 750 | 750 | 650 | 1,100 | 750 | 900 | 5,650 | 628 | 24% |
| Screws | Screws - Hex | 25k/month | | 900 | 1,050 | 1,000 | 950 | 950 | 1,200 | 600 | 1,100 | 7,750 | 969 | |
| Screws | Screws - Nail Cap | | | | 40 | | 60 | 40 | 60 | 50 | 90 | 340 | 57 | |
| Fixation | TSF - PLATE | | | 24 | | 24 | | 24 | 24 | | 24 | 120 | 24 | 49% |
| Fixation | TSF - Ring | 3000 | | 1,284 | 1,212 | 1,656 | 1,356 | 1,512 | 2,004 | 1,176 | 1,584 | 11,784 | 1,473 | 49% |
| Fixation | TSF - Strut | 6000 | 500 | 3,300 | 3,124 | 3,700 | 3,000 | 3,300 | 3,600 | 2,724 | 3,524 | 26,772 | 2,975 | 50% |
| Fixation | TSF - U Plate | | | 12 | 12 | 12 | 12 | | 12 | 12 | 12 | 72 | 12 | |
| Fixation | Jet X - Clamps | 6000 | | 2,000 | 1,800 | 2,600 | 2,200 | 2,200 | 3,300 | 1,600 | 2,200 | 17,900 | 2,238 | 37% |

We are smith&nephew

# Current PO information

- Current Past Due PO's
  - $195,246 – 9% of our total past due's
    - Families Past Due
      - InterTan Nails
      - External Fix
      - Instruments
- Total Open Orders
  - $2.3 million currently open
  - Plans are to release orders through September – October (planning forward)

*We are smith&nephew*

# Future Products/Projects for Straits

- Screws
  - VLP – locking/non
  - Peri – locking/non
  - 5.0 Humeral Screws
  - Cannulated Screws – 6.5/8.0 ti
- Trigen Instruments
- Package Complete
  - Supports Memphis reducing the number of SKU's coming through packaging

We are smith&nephew

# Lesson's Learned

- Improvements made in communication:
  - Established a weekly conference calls with Straits
  - Provide weekly reports to Straits – past due, open orders, and orders released
  - One focused purchasing agent for Straits
- More product family focus by the purchasing groups
  - Overall Memphis and Straits purchasing groups have a better understanding of the products and long-term strategies for both organizations