UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| SAMUEL ADAM COX, III | ) ) | Civil Action No. 08-cv-2832 |
| Plaintiff-Relator, | ) ) ) | |
| v. | ) ) | |
| SMITH & NEPHEW INC., | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF-RELATOR'S MOTION TO APPEAR TELEPHONICALLY AT
SCHEDULING CONFERENCE**

Plaintiff-Relator, by and through his undersigned counsel, respectfully moves this Court to allow Co-Lead Counsel David Sanford ("Co-Lead Counsel Sanford") to appear telephonically at the May 27, 2010 Scheduling Conference in this matter. In support thereof, Plaintiff-Relator states as follows:

1. On April 16, 2010, the Court entered a notice setting the Scheduling Conference in this case for May 27, 2010 before Magistrate Judge Tu M. Pham.

2. The Instructions for Rule 16(b) Scheduling Conferences Before Magistrate Judge Tu M. Pham state that "Out-of-town attorneys may request permission from the Magistrate Judge to appear by telephone, provided the request is made at least three (3) business days before the date of the conference" and counsel makes the request in writing and provides his name and telephone number.

3. Co-Lead Counsel Sanford is located in Washington, D.C., and will also be out of town during the May 27th Scheduling Conference. Co-Lead Counsel Sanford plans to participate in this conference by telephone at (202) 276-4028.

4. Co-Lead Counsel Grant Morris will be present in the courtroom for the May 27, 2010 Scheduling Conference.

WHEREFORE, Plaintiff-Relator respectfully moves this Court to allow Co-Lead Counsel David Sanford to appear telephonically at the May 27, 2010 Scheduling Conference.

Respectfully submitted this 10th day of May 2010.

/s/ Kevin H. Sharp
Kevin H. Sharp
**DRESCHER & SHARP, PC**
1720 West End Ave., Ste. 300
Nashville, TN 37212

/s/ David W. Sanford
David W. Sanford
D.C. Bar No. 457933
**SANFORD WITTELS & HEISLER**
1666 Connecticut Avenue, N.W.
Suite 310
Washington, D.C.  20009
Telephone: (202) 742-7777
Facsimile:  (202) 742-7776

/s/ Grant Morris
Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT MORRIS**
1666 Connecticut Ave., NW, Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile: (202) 742-7776

**Counsel for Plaintiff-Relator**

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a true and correct copy of the foregoing Plaintiff-Relator's Motion to Appear Telephonically at Scheduling Conference was served on May 10, 2010, by filing the same electronically, upon the following counsel of record:

>Kevin P. Whitmore
>Assistant United States Attorneys
>United States Attorney's Office
>Western District of Tennessee
>167 N. Main Street, Ste. 800
>Memphis, TN 38103
>
>Glen G. Reid, Jr.
>Wyatt Tarrant & Combs, LLP
>1715 Aaron Brenner Drive, Suite 800
>Memphis, TN 38120-4367

>        s/ Kevin Sharp        
>           Kevin Sharp