UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| **SAMUEL ADAM COX, III** ) | |
| ) | CASE NO. 08-cv-2832-BBD-tmp |
| PLAINTIFF-RELATOR ) | |
| v. ) | |
| ) | Magistrate Judge: Tu M. Pham |
| **SMITH & NEPHEW, INC.,** ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |
| ) | MOTION FOR PRO HAC VICE |
| ) | ADMISSION OF H.VINCENT |
| ) | McKNIGHT |
| ) | |
| ) | |

## MOTION FOR PRO HAC VICE ADMISSION OF H. VINCENT McKNIGHT

The Plaintiffs hereby move for the *pro hac vice* admission of H.Vincent McKnight for the purpose of litigating the above-captioned case. In support of their motion, the Plaintiffs state as follows:

1.   H. Vincent McKnight is a member in good standing of the Court of Appeals of Maryland and the District of Columbia Court of Appeals. The Certificates of Good Standing are appended to this motion.

2.   H. Vincent McKnight has obtained and is familiar with the local rules of this court, including Guidelines of Professional Courtesy and Conduct. See Notice That Plaintiffs' Attorney, H. Vincent McKnight Is Familiar With Local Rules Of This Court, filed contemporaneously herewith.

3. Plaintiffs request that H. Vincent McKnight and the Law Offices of McKnight & Kennedy, LLC represent them in this matter.

4. Plaintiffs have also retained the law firm of Sanford, Wittels & Heisler, LLP, the Law Offices of Grant Morris, and Drescher & Sharp, PC.

5. H. Vincent McKnight's address for service of pleadings in this matter is as follows:

> **McKNIGHT & KENNEDY, LLC**
> 8601 Georgia Avenue, Suite 1010
> Silver Spring, MD 20910
> Telephone: (301) 565-5281
> Facsimile: (301) 565-5285
> Email: vmcknight@mcknightandkennedy.com

WHEREFORE, for the forgoing reasons, the Plaintiffs respectfully request that this Court grant their Motion For Pro Hac Vice Admission Of H.Vince McKnight

> SAMUEL ADAM COX, III, et. al.
> By: Plaintiffs
>
> s/ Kevin Hunter Sharp
> Kevin Hunter Sharp
> **DRESCHER & SHARP, P.C.**
> 1720 West End Avenue, Ste. 300
> Nashville, TN 37203
> Telephone: (615) 425-7113
> Email: ksharp@dsattorneys.com